UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:03-CV-30314-MAP

KAREN KAROWSKI, )
    Plaintiff )
)
vs. )
)
ERIC CERRETA, DAVID HASKELL, )
CHRISTOPHER MORRIS, and THE )
INHABITANTS OF THE TOWN OF )
WILLIAMSBURG, )
    Defendants )

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the defendants, ERIC CERRETA, DAVID HASKELL, CHRISTOPHER MORRIS, and THE TOWN OF WILLIAMSBURG, in the above-captioned case.

THE DEFENDANTS,
ERIC CERRETA, DAVID HASKELL,
CHRISTOPHER MORRIS, AND
THE TOWN OF WILLIAMSBURG,

By _____
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.: 544402

## CERTIFICATE OF SERVICE

I, Nancy Frankel Pelletier, Esq., hereby certify that on this 18th day of February, 2004, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to counsel, Harry L. Miles, Esq., of Green, Miles, Lipton & Fitz-Gibbon, 77 Pleasant Street, P.O. Box 210, Northampton, MA 01061-0210.

Subscribed under the penalties of perjury.

_____
Nancy Frankel Pelletier, Esq.

347633