UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:03-CV-30314-MAP

RECEIVED
HTIA-WOBURN
2004 FEB 11 AM 9:11

| | |
|---|---|
| KAREN KAROWSKI, Plaintiff | ) ) ) |
| vs. | ) ) ) |
| ERIC CERRETA, DAVID HASKELL, CHRISTOPHER MORRIS, and THE INHABITANTS OF THE TOWN OF WILLIAMSBURG, Defendants | ) ) ) ) ) ) |

## DEFENDANTS RULE 16 BUDGET CERTIFICATION

We, the undersigned, hereby certify and affirm that we have conferred regarding a budget for the cost of conducting the full course of litigation as well as various alternative courses, including the resolution of litigation through the use of alternative dispute resolution.

By: _____
William L. MacKinnon, Jr.
Authorized Representative of MIIA
12 Gill Street, Suite 5500
P.O. Box 4043
Woburn, MA 01888-4043

By: _____
Nancy Frankel Pelletier, Esq.
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, MA 01115
(413) 732-2301
(413) 785-4658
BBO # 544402

DATED: 11 FEB 03

353061