THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

Western Division
Civil Action No.:  03-cv-30314-MAP

-----------------------------------

KAREN KAROWSKI, Plaintiff,

v.

ERIC CERRETA, DAVID HASKELL, CHRISTOPHER MORRIS, and THE
INHABITANTS OF THE TOWN OF WILLIAMSBURG, Defendants.

==========================================================

JOINT PROPOSED PRETRIAL SCHEDULE

==========================================================

The Plaintiff and Defendants propose the following pretrial schedule pursuant to the Order of the Court:

1. **Joint Discovery Plan.**  The Plaintiff and Defendants expect to depose not more than 10 individuals along with a representative of the Town of Williamsburg.  Other depositions may be necessary as the result of the discovery which the parties have proposed.  Therefore, the parties propose that all **fact discovery** will be completed by December 6, 2004.

2. **Designation of Expert Witnesses.**  Each side shall designate its witnesses and experts on or before January 17, 2005, and exchange expert reports on or before February 15, 2005.

3.  **Expert Depositions.** If any, to be completed before May 2, 2005.

4.  **Motions to Dismiss Against Individuals.** A) Motions to Dismiss Claims Against Defendants shall be filed on or before June 30, 2004. B) Oppositions to Motions to Dismiss Claims Against Individual Defendants shall be filed on or before August 2, 2004.

5.  **Dispositive Motions.** To be filed on or before September 30, 2005.

6.  The parties will consider consenting to a trial before the Honorable Kenneth P. Neiman, U.S. Magistrate Judge.

Dated at Northampton March 25, 2004.

Respectfully submitted,
The Plaintiff by her Attorneys

Harry L. Miles, for
*Green, Miles, Lipton & Fitz-Gibbon*
77 Pleasant Street, P.O. Box 210
Northampton, MA 01061-0210
Voice:    413.586.8218
Fax:      413.584.6278
BBO#:     345800

Respectfully submitted
The Defendants by their Attorneys


Nancy Frankel Pelletier, for
*Robinson & Donovan, P.C.*
1500 Main Street, Suite 1600
Springfield, MA  01115
Voice:    413.732.2301
Fax:      413.785.4658
BBO#:     544402