THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

Western Division
Civil Action No.:  03-cv-30314-MAP

-----------------------------------

KAREN KAROWSKI, Plaintiff,

v.

ERIC CERRETA, DAVID HASKELL, CHRISTOPHER MORRIS, and THE
INHABITANTS OF THE TOWN OF WILLIAMSBURG, Defendants.

============================================================

CERTIFICATE OF CONFERENCE TO ESTABLISH BUDGET

============================================================

I, Karen Karowski and I, Harry L. Miles, Esq. certify and
affirm that each of us has conferred with a view of establishing
a budget for costs of conducting a full course, and various
alternative courses, of the litigation.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 25TH DAY OF
MARCH, 2004.

_____
Karen Karowski

_____
Harry L. Miles, Esq.

THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

Western Division
Civil Action No.:  03-cv-30314-MAP

------------------------------------

KAREN KAROWSKI, Plaintiff,

v.

ERIC CERRETA, DAVID HASKELL, CHRISTOPHER MORRIS, and THE
INHABITANTS OF THE TOWN OF WILLIAMSBURG, Defendants.

===========================================================

CERTIFICATE OF CONFERENCE TO CONSIDER
RESOLUTION OF LITIGATION

===========================================================

I, Karen Karowski and I, Harry L. Miles, Esq. certify and
affirm that each of us has considered the resolution of the
litigation through the use of alternative dispute resolution
programs such as those outlined in Local Rule 16.4.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 25TH DAY OF
MARCH, 2004.

_____
Karen Karowski

_____
Harry L. Miles, Esq.