UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KAREN KAROWSKI,         )
       Plaintiff   )
                        )
v.                      )   Civil Action No. 03-30314-MAP
                        )
                        )
ERIC CERRETA, DAVID HASKELL,  )
CHRISTOPHER MORRIS and THE    )
INHABITANTS OF THE TOWN OF    )
WILLIAMSTOWN,                 )
       Defendants  )

## SCHEDULING ORDER
April 2, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held this day:

1. By June 18, 2004, the parties shall report to the court in writing whether their mediation of the matter has proven successful.

2. All non-expert discovery shall be completed by December 6, 2004.

3. Counsel shall appear for a case management conference on December 7, 2004, at 2:00 p.m. in Courtroom Three.

IT IS SO ORDERED.

                              /s/ Kenneth P. Neiman
                              KENNETH P. NEIMAN
                              U.S. Magistrate Judge