# GREEN, MILES, LIPTON & FITZ-GIBBON
ATTORNEYS AT LAW
77 PLEASANT STREET
POST OFFICE BOX 210
NORTHAMPTON, MASSACHUSETTS 01061-0210
(413) 586-8218
FAX (413) 584-6278

JOHN J. GREEN, JR.
HARRY L. MILES
ROGER P. LIPTON
JOHN H. FITZ-GIBBON

SUSAN L. MILES
BRIAN L. BLACKBURN
JON HEYMAN
(GEOFFREY B. WHITE - Retired)

July 23, 2003

VIA FACSIMILE

Bethaney Healy
United States District Court
Clerk's Office
Federal Building
1550 Main Street
Springfield, MA 01103
413.785.0204

RE: Karen Karowski v. Eric Cerrata et al.
    Civil Action No.: 03-30314-MAP

Dear Bethaney:

After mediation in the above-entitled matter on July 12, 2004, there has not been a settlement.

Very truly yours,

Rebecca D. Ewen
Assistant to Harry L. Miles, Esq.

/rde