UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


_Karen Karowski_
Plaintiff(s)

V.

_Eric Corrateo et al_
Defendant(s)

CIVIL ACTION

NO. _03 cv 30314-MAP_


## REPORT RE: REFERENCE FOR
## ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE _Ponsor_

[ ]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]   On _July 12, 2004_ I held the following ADR proceeding:

___ SCREENING CONFERENCE                    ___ EARLY NEUTRAL EVALUATION

_X_ MEDIATION (followup telephone conference)        ___ SUMMARY BENCH / JURY
                                                     TRIAL

___ MINI-TRIAL                               ___ SETTLEMENT CONFERENCE

[X]   All parties were represented by counsel [except _____ ]

[X]   The parties were present in person or by authorized corporate officer

The case was:

[ ]   Settled.  A __ day order of dismissal has been entered by the court.

[ ]   There was progress.

[X]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:


_July 26, 2004_
DATE

/s/ Kenneth P. Neiman
ADR Provider

KENNETH P. NEIMAN, U.S. Magistrate Judge