UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


CIVIL ACTION NO. 3:03-CV-30314-MAP


| | |
|---|---|
| KAREN KAROWSKI,<br>     Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| ERIC CERRETA, DAVID HASKELL,<br>CHRISTOPHER MORRIS, and THE<br>INHABITANTS OF THE TOWN OF<br>WILLIAMSBURG,<br>     Defendants | )<br>)<br>)<br>)<br>)<br>) |


## JOINT MOTION TO EXTEND DEADLINES


NOW COME the parties to the above-captioned matter and respectfully move this Court to extend the deadlines previously scheduled for a period of sixty (60) days and to further reschedule the Case Management Conference scheduled in the above-captioned matter.  As grounds therefor and in support thereof, the parties state that counsels' schedules as well as those of the individuals involved, have caused some difficulty in the scheduling of depositions in this matter.  Each party believes that they will be in a better position to assess potential resolution of this matter once the depositions have been concluded.  There is will be no prejudice to any party as a result of the additional time.

WHEREFORE, based upon the foregoing, the parties respectfully request that the time for completing tasks as set forth in the original Scheduling Order be extended for a period of

383192

sixty (60) days and further that the Case Management Conference scheduled for December 7, 2004 be scheduled for sometime thereafter.

THE DEFENDANTS,
ERIC CERRETA, DAVID HASKELL,
CHRISTOPHER MORRIS, and
THE TOWN OF WILLIAMSBURG,


By    */s/ Nancy Frankel Pelletier*
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301 Fax (413) 785-4658
BBO No.:  544402


THE PLAINTIFF
KAREN KAROWSKI



By    */s/ Harry L. Miles (NFP)*
Harry L. Miles, Esq., of
Green, Miles, Lipton, White & Fitz-Gibbon
77 Pleasant Street
P.O. Box 210
Northampton, Massachusetts 01061-0210
Phone (413) 586-8218  Fax (413) 584-6278

383192