UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:03-CV-30314-MAP

| | | |
|---|---|---|
| KAREN KAROWSKI,<br>Plaintiff | ) ) ) | |
| vs. | ) ) ) | |
| ERIC CERRETA, DAVID HASKELL,<br>CHRISTOPHER MORRIS, and THE<br>INHABITANTS OF THE TOWN OF<br>WILLIAMSBURG,<br>Defendants | ) ) ) ) ) | MOTION OF REPORTER<br>SEAN REAGAN TO QUASH<br>A DEPOSITION SUBPOENA |

Now comes Sean Reagan, a reporter for the Daily Hampshire Gazette, and moves for an Order of this Court quashing the Deposition Subpoena served upon him for the reasons set forth in the accompanying memorandum of law and affidavits in support thereof.

Wherefor, Sean Reagan moves for an Order of this Court quashing his Deposition or in the alternative that the Deposition not be had unless the party seeking to take his deposition makes a showing to this Court that the information sought is relevant, material, and can be obtained by no other means.

REQUEST FOR ORAL ARGUMENT

The outcome of this motion depends upon the status of Discovery in the case. This changes from day to day. Oral argument will ensure that the Court's decision is consistent with the current status of the case.

BENJAMIN A. BARNES, P.C.
54 GOTHIC STREET, SUITE 6
NORTHAMPTON, MA
01060-3042

(413) 584-0368
FAX: (413) 585-5125
www.BarnesLaw.com

Respectfully submitted,
Sean Reagan by his attorney,

Date:    January 24, 2005

Benjamin A. Barnes (BBO #542432)
Benjamin A. Barnes, P.C.
64 Gothic Street, Suite 6
Northampton, MA  01060-3042
Telephone:    413 584-0368
Facsimile:    413 585-5125
Email:        BAB@BarnesLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion of Reporter Sean Reagan to Quash a Deposition Subpoena has been delivered to the following attorneys of record by First Class Mail:

Harry L. Miles
Green, Miles, Lipton, White & Fitz-Gibbon
Post Office Box 210
Northampton, Massachusetts  01061-0210

Nancy Frankel Pelletier
Robinson Donovan, PC
1500 Main Street, Suite 1600
Springfield, Massachusetts  01115

Date:    January 24, 2005

Benjamin A. Barnes

BENJAMIN A. BARNES, P.C.
64 GOTHIC STREET, SUITE 6
NORTHAMPTON, MA
01060-3042

(413) 584-0368
FAX: (413) 585-5125
www.BarnesLaw.com