UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:03-CV-30314-MAP

| | |
|---|---|
| KAREN KAROWSKI,<br>　　Plaintiff<br><br>vs.<br><br>ERIC CERRETA, DAVID HASKELL,<br>CHRISTOPHER MORRIS, and THE<br>INHABITANTS OF THE TOWN OF<br>WILLIAMSBURG,<br>　　Defendants | )<br>)<br>)<br>)<br>)<br>)　ORDER<br>)<br>)<br>)<br>)<br>) |

This matter came before the Court on the Motion of Sean Reagan to quash the subpoena served upon Mr. Reagan by the Plaintiff, Karen Karowski and for a Protective Order barring his testimony.

IT IS HEREBY ORDERED that:

1. The subpoena served upon Sean Reagan by Karen Karowski be quashed; and

2. A protective order be issued barring the testimony of Sean Reagan in this action absent of showing in this Court that the information sought is relevant and material to the Plaintiff's case and can be obtained by no other means than the deposition of Sean Reagan.

_____
Michael R. Ponsor, J.

Dated: January ____, 2005.