UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:03-CV-30314-MAP

| | | |
|---|---|---|
| KAREN KAROWSKI,<br>    Plaintiff | )<br>)<br>) | |
| vs. | )<br>) | |
| ERIC CERRETA, DAVID HASKELL,<br>CHRISTOPHER MORRIS, and THE<br>INHABITANTS OF THE TOWN OF<br>WILLIAMSBURG,<br>    Defendants | )<br>)<br>)<br>)<br>) | AFFIDAVIT OF SEAN REAGAN |

I, Sean Reagan, on oath do depose and say that:

1. I live at 8 Harvey Road, Worthington, Massachusetts 01098.

2. Since 2002, I have made my living as a Free-Lance Writer in Western Massachusetts

3. Among my clients are the Daily Hampshire Gazette.

4. In calendar years 2003 and 2004, I covered the Williamsburg Select Board Meetings on a regular basis or from time to time, as requested by the Gazette.

5. I attended Select Board Meetings on July 10, 2003; May 13, 2004; and May 20, 2004.

6. Following those meetings, I wrote articles concerning the events that took place in those meetings. These articles were published in the Daily Hampshire Gazette on July 15, 2003; May 18, 2004; and May 21, 2004. These articles and an additional article published on January 6, 2004 following the filing of the complaint in this matter are attached hereto as Exhibit A (7-15-03), Exhibit B (1-6-04), Exhibit C (5-18-04), and Exhibit D (5-21-04).

BENJAMIN A. BARNES, P.C.
64 GOTHIC STREET, SUITE 6
NORTHAMPTON, MA
01060-3042

(413) 584-0368
FAX: (413) 585-5125
www.BarnesLaw.com

7. Other members of the public were present at each of the Select Board Meetings that I attended on which I wrote articles.

8. I believe that the persons in attendance, in addition to myself, are listed in the Select Board Meeting minutes.

9. Although I did prepare and take notes at the meetings from which I then prepared my articles, in the Fall of 2003 I threw out all of my notes from 2003 and earlier. I have saved my notes from 2004 forward.

10. I have no present recollection of events taking place at the Williamsburg Select Board Meetings, other than what I wrote down and put in my articles which were published at the time.

11. As part of my work, I also cover the following selected Town Meetings, Public Hearings, Select Board Meetings, and other Town Board Meetings in the towns of Westhampton, Chesterfield, Worthington, and Goshen.

12. For me to be a non party witness on the behalf of any litigation arising out of events covered in those meetings, at my own expense, would impose a considerable burden on my time and resources.

Signed and sworn under pains and penalties of perjury this 21st day of January, 2005.

_____
Sean Reagan

BENJAMIN A. BARNES, P.C.
64 GOTHIC STREET, SUITE 6
NORTHAMPTON, MA
01060-3042

(413) 584-0368
FAX: (413) 585-5125
www.BarnesLaw.com

## COMMONWEALTH OF MASSACHUSETTS

HAMPSHIRE, ss.

On this **21** day of January, 2005, before me, the undersigned notary public, personally appeared Sean Reagan, proved to me through satisfactory evidence of identification, which was *his* driver's license, to be the person whose name is signed on the preceding document, and acknowledged to me that *he* signed it voluntarily for its stated purpose.

_____
Benjamin A. Barnes, Notary Public
My Commission expires: 11-17-2006

BENJAMIN A. BARNES, P.C.
64 GOTHIC STREET, SUITE 6
NORTHAMPTON, MA
01060-3042

(413) 584-0368
FAX: (413) 585-5125
www.BarnesLaw.com

CRITIC OF SELECTMEN LOSES HER ... 07/15/2003

**Daily Hampshire Gazette**

Category: News
Published: 07/15/2003
Page: B4
Keywords: 07-15 B4

# Critic of selectmen loses her town job

*Byline:* SEAN REAGAN

WILLIAMSBURG _ Selectmen cited irreconcilable differences in their decision last week not to reappoint Karen Karowski as police secretary, a job she has held since 1996.

"I think she's been very hostile to us," said selectmen Chairman Eric Cerreta. "I don't demand total loyalty but this is relentless and routine."

Cerreta cited at Thursday's board meeting Karowski's criticism of the selectmen's lack of support for the Quinn Bill, as well as their handling of town financial matters during recent Finance Committee meetings. Karowski is also the town treasurer and sits on the Finance Committee.

"I'm flabbergasted," said Karowski by telephone Friday. "I know I didn't have a good relationship with them, but I didn't think that it was worth taking my job away."

Police Chief Patrick Archbald also expressed shock at the news when contacted by telephone Friday. "I was aware of their concerns but at no time did I believe that her job was in jeopardy," he said. "This comes as a surprise to me."

Last year selectmen redefined the post as subject to an annual appointment and named Karowski. Karowski said she had received no oral or written warnings regarding her criticism of selectmen. She attended Thursday's meeting but left early and was not present during the discussion surrounding her re-appointment.

The Quinn Bill is a state-sponsored educational incentive program that allows towns to reimburse its full-time police officers 20 percent of their base pay upon completion of an undergraduate degree. Selectmen has been widely viewed as non-supportive of the measure.

At the annual Town Meeting in May, selectmen publicly opposed a 10-percent salary increase to Peter Scoble, the town's only full-time police officer. Voters will decide whether to fund the raise at a special election Aug. 11.

Karowski had criticized selectmen on both issues.

"As a resident I'm entitled to say what I want to about their management," said Karowski. "I've worked real hard for the town. You can agree to disagree with someone without firing them."

"It's one thing to appoint someone that you have disagreements with from time to time, but that's not what we're talking about here," said Selectman Christopher Morris at Thursday's meeting. "This is relentless criticism. We need someone in this position that we can work with constructively."

Selectman David "Rabbitt" Haskell agreed that Karowski's level of criticism was unacceptable. "During the budget process she was certainly less than enthusiastic about how we were handling the budgets that are under our control," he said.

Morris also said that there was a possible conflict of interest because of Karowski's roles as police secretary, town treasurer and Finance Committee member.

"I have concerns about how vocal she's been when we're acting as police commissioners," said Morris. "I think other business is fair game, but there's been constant criticism of decisions we've made at the police department."

Haskell said that he had publicly asked Karowski to recuse herself from the Finance Committee

**EXHIBIT A**

when decisions involving the police budget or other police issues were on the table, but she refused.

According to Archbald, he had discussed Karowski's participation in Finance Committee meetings with selectmen. Archbald said it was his understanding that selectmen agreed that Karowski was entitled to voice her opinions so long as she recused herself from voting. Finance Committee member Robert Buchele said while Karowski participated in conversations, she did recuse herself from votes involving the police budget or police-related issues. He acknowledged that Karowski had been critical of the selectmen's treatment of the police department.

"She did point to inconsistencies between treatment of the police departments and other town departments," said Buchele. "I think she's been very critical of their treatment of the police." Still, Buchele said selectmen's decision not to reappoint Karowski on those grounds was "inappropriate."

"I don't see why a qualification for the job of police secretary is that you support the policies of the current Board of Selectmen," said Buchele. "It's a job. Town employees' jobs shouldn't have to depend on their support for the selectmen, whoever they happen to be."

"She cared very deeply about her job," said Archbald. "She was a consistent and dedicated employee for the Police Department."

Selectmen agreed to let Karowski and Archbald decide whether she will continue to work at the police department until the position is filled. Following a review of the job description and hours, selectmen will advertise the position.

The police secretary is currently a 20-hour-per-week position. Karowski was paid $13.70 per hour.

Karowski said that she intends to remain on the job until it is filled to ease the transition for police. She said she plans to consider possible remedies, including legal and political.

"They're the selectmen," Karowski said. "I may not be able to fire them, but I can run for selectman next May."

Following Thursday's meeting, Cerreta said the decision was regrettable and not one selectmen took lightly. "We just don't feel like she was comfortable working with us," he said. "She's made it abundantly clear that she doesn't."

Sean Reagan can be reached at sreagan@gazettenet.com.

SECRETARY SUES WILLIAMSBURG, B ... 01/06/2004

## Daily Hampshire Gazette

Category: News
Published: 01/06/2004
Page: B1
Keywords: 01-06 B1

## Secretary sues Williamsburg, board, Police employee cites free speech

**Byline:** *By SEAN REAGAN Staff Writer*

WILLIAMSBURG _ Police secretary Karen Karowski is suing the town and the Board of Selectmen, charging violations of her freedom of speech and right to due process.

Karowski's complaint, which was filed on Dec. 31 in the U.S. District Court in Springfield, seeks unspecified damages for loss of liberty, emotional distress and the inability to transact her business.

Selectmen voted last July not to reappoint Karowski as police secretary. The decision sparked considerable controversy among residents who believed that Karowski was being punished for her frequent and vocal criticism of the selectmen.

In a letter to Karowski, selectmen said that it was inappropriate for her "to relentlessly complain about the decisions the board members make in their capacity as police commissioners" and that they would seek a candidate who "can do the job without constantly attempting to undermine our authority."

Karowski subsequently retained Harry Miles of the Northampton law firm Green, Miles, Lipton and Fitzgibbon. In November, following several executive sessions with lawyers for the town, the selectmen reappointed Karowski as police secretary for the remainder of the fiscal year.

Selectmen declined to comment on the lawsuit. Darrell Kline of the law firm Kopelman & Paige who represents the town, said that no substantive review of Karowski's claims had been made because the complaint was so new.

Kline said that the matter had been referred to the town's municipal liability insurance carrier but that no insurance coverage determination had been made.

Karowski also declined to comment on the lawsuit, which charges that she is not alone among residents in her grievances. On several occasions, the complaint charges that the selectmen punished Karowski "and others" for engaging in protected political speech.

Last year, selectmen declined to appoint Mary Gabrielson to the Community Development Planning Committee. They refused to offer any public reason for their decision, despite numerous requests from Gabrielson and others.

Last month, selectman David Haskell postponed the appointment of Osa Flory and Carol Paul to the Shade Tree Committee so that he could determine whether either had written a letter that was unfavorable toward selectmen.

Miles declined to comment when asked whether he represented or would represent other individuals with claims similar to Karowski's.

Miles also said that the selectmen's actions, because they were exercising power as elected public officials, make them individually liable to Karowski for having deprived her of her civil rights. The town is separately liable, he said, because the selectmen have engaged in a "pattern or practice" of depriving residents of their civil rights.

Ralmon Black, who was not reappointed to the Zoning Board of Appeals in 2002 by the current

**EXHIBIT B**

Board of Selectmen, is one of many individuals who have publicly supported Karowski. He said that the current lawsuit, while unfortunate, was necessary.

"There's a divisiveness in town, and they have heaped fuel on that fire of derision," Black said. "Clearly these guys don't have a clear sense of how democracy should be practiced in town government."

Sean Reagan can be reached at sreagan@gazettenet.com.

WILLIAMSBURG PANEL DELAYS REST ... 05/18/2004

## Daily Hampshire Gazette

Category: News
Published: 05/18/2004
Page: B6
Keywords: 05-18 B6

# Williamsburg panel delays restructuring

Byline: By SEAN REAGAN Staff Writer

WILLIAMSBURG _ Selectmen, meeting Thursday for the first time following town elections and the annual Town Meeting, postponed making changes to the composition of their board. Currently, Eric Cerreta, who was re-elected earlier this month, is chairman, Christopher Morris is clerk and David "Rabbitt" Haskell is secretary.

That discussion Thursday hinged on how best to share the board's workload. Haskell is technically in line to chair the board, but has declined to accept that position. Cerreta and Morris currently share the bulk of the board's administrative work.

Selectmen agreed to reduce the number of 5 p.m. meetings during the summer months. Those meetings, originally scheduled to enable selectmen to address administrative tasks, have become virtually identical to selectmen's 7 p.m. meetings which include opportunities for both the public and town officials to meet with the board.

Currently, 5 p.m. meetings are held on alternating Thursdays at the town offices in Haydenville. Cerreta said that those meetings would be scheduled on as-needed basis. "We've got a balanced budget, there's no elevator project, no library building project. I just don't think the need is there," he said.

Still, selectmen will meet next week at 5 p.m. to begin the process of appointing those town officials, boards and committees that are under their purview. Haskell said it was critical to keep those meetings focused solely on the subject at hand.

"Nobody comes in unless they're broke, blind or bleeding," he said. "We're just going to deal with appointments."

Last year's round of appointments was controversial because selectmen opted not to re-appoint Karen Karowski as police secretary. It was a decision that sparked considerable debate in the community and led to a lawsuit that is presently wending its way through the courts.

This year, selectmen will have to decide whether to re-appoint the Rail Trail Implementation Committee, which is charged with overseeing development of the town's bike path. That committee has no chairman and has met only sporadically in the past year.

A recent lawsuit effectively eliminated the abandoned railway bed as a potential site for the path, leaving the project in question.

Following the meeting, Cerreta said no decisions or consideration had yet been made to this year's round of appointments.

Sean Reagan can be reached at sreagan@gazettenet.com.

**EXHIBIT C**

PANEL POSTPONES POLICE REAPPOI ... 05/21/2004

## Daily Hampshire Gazette

Category: News
Published: 05/21/2004
Page: B4
Keywords: 05-21 B4

# Panel postpones police reappointments

Byline: By SEAN REAGAN Staff Writer

WILLIAMSBURG _ Selectmen appointed nearly all the town boards and officials within their purview Thursday, leaving a handful either disbanded or tabled until further discussion.

Chief among those whose appointment remaining in limbo is the entire Police Department, including seven officers, one sergeant, Chief Patrick Archbald and police secretary Karen Karowski.

Selectmen Christopher Morris and Eric Cerreta said they had not seen personnel reviews for the Police Department, and would postpone their decision until they were presented by Archbald. Selectman David "Rabbitt" Haskell, who serves as the liaison between selectmen and police, suggested postponing the appointment of other department heads as well until they had been reviewed.

Haskell noted the decision to postpone reappointment of the police came after Highway Superintendent William Turner and Fire Chief Donald Lawton had been appointed without question.

Morris said no review process existed for those departments whereas one did for police. "I'd rather do what we've been doing than take the time to set up a new review process," he said. Cerreta agreed, adding that next year all departments should be subject to a personnel review before being reappointed. "People just think it's automatic and that's what we've got to get rid of," he said. "These aren't entitlements."

Last year, selectmen declined to reappoint Karowski, citing her public criticism of their performance as police commissioners. While they eventually reappointed her, Karowski filed a lawsuit which is currently working its way through the courts.

Selectmen also tabled the reappointment of the Rail Trail Implementation Committee which had been charged with bringing a bike path to town. Noting that the committee lacked a quorum and a chairman and has met only sporadically in the past year, selectmen agreed to meet with members to discuss its status.

The board tabled reappointment of the School Building Committee, citing a need to meet with Principal Alfred Venne to discuss whether it was needed.

**EXHIBIT D**