UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:03-CV-30314-MAP

KAREN KAROWSKI,
    Plaintiff

vs.

ERIC CERRETA, DAVID HASKELL,
CHRISTOPHER MORRIS, and THE
INHABITANTS OF THE TOWN OF
WILLIAMSBURG,
    Defendants

AFFIDAVIT OF BONNIE
ROBERGE, SECRETARY
TO THE WILLIAMSBURG
SELECT BOARD

I, Bonnie Roberge, on oath do depose and say that:

1. I am Secretary to the Williamsburg Select Board.

2. Pursuant to a request received from Attorney Barnes, I have provided him with copies of the minutes of the Select Board meetings for the following dates: 1) July 10, 2003; 2) May 13, 2004; and 3) May 20, 2004. Attached hereto are true and correct copies of the minutes of those three meetings.

3. The town of Williamsburg does not have a stamp or an official form for certifying Select Board meeting minutes.

Signed and sworn under the pains and penalties of perjury this 24 day of January, 2005,

_Bonnie Roberge_
Bonnie Roberge

BENJAMIN A. BARNES, P.C.
64 GOTHIC STREET, SUITE 6
NORTHAMPTON, MA
01060-3042

(413) 584-0368
FAX: (413) 585-5125
www.BarnesLaw.com

## COMMONWEALTH OF MASSACHUSETTS

HAMPSHIRE, ss.

On this **24th** day of January, 2005, before me, the undersigned notary public, personally appeared Bonnie Roberge, proved to me through satisfactory evidence of identification, which was **her** driver's license, to be the person whose name is signed on the preceding document, and acknowledged to me that **she** signed it voluntarily for its stated purpose.

_____
Benjamin A. Barnes, Notary Public
My Commission expires: 11-17-2006

BENJAMIN A. BARNES
Notary Public
Commonwealth of Massachusetts
My Commission Expires
November 17, 2006

BENJAMIN A. BARNES, P.C.
64 GOTHIC STREET, SUITE 6
NORTHAMPTON, MA
01060-3042

(413) 584-0368
FAX: (413) 585-5125
www.BarnesLaw.com

*Minutes*
*Williamsburg Board of Selectmen*
*July 10, 2003*

The members of the Board of Selectmen met in regular session on Thursday, July 10, 2003, at the town office. The chairman called the meeting to order at 7:04 p.m. Upon roll call the following were:

Present: David Haskell, and Eric Cerreta

Absent: Chris Morris joined the meeting at 7:15 p.m.

Also Present: Michael Beattie, Sean Reagan, Treasurer Karen Karowski, Clark Rowell – Unibank, Fran Goebel, Patrick Archbald, Jim Locke and Bonnie Roberge

1. Police Chief Patrick Archbald said that most of the Homeland Security grants were awarded regionally. Archbald also said it is his understanding that community policing is still being supported in Boston and that we would hopefully know more soon. Archbald has arranged for two motorcycles from Amherst to assist with the Turner sponsored benefit on July 27th, the state police are unable to provide anyone this year.
2. Motion made (D.H./E.C.) to approve the use of town facilities by the COA for Tai Chi classes from 9:30 – 10:30 a.m. on Thursdays July 24th through August 28th. So voted.
3. Motion made (D.H./E.C.) to approve a live entertainment permit for Bill and Deb Turner for Sunday, July 27, 2003. So voted.
4. Motion made (D.H./E.C.) to authorize the chairman to sign the quarterly reports as prepared by HCDC (for the CDBG grant). So voted.
5. Motion made (D.H./E.C.) to sign the warrant for the special election to be held on August 11, 2003. So voted.
6. Clark Rowell from Unibank and Treasurer Karen Karowski discussed bond options with the Board. Mr. Rowell suggested negotiating with the underwriter we select directly. Rowell said that since we are a small community and it is a relatively small bond amount, a rating likely will be in the triple B category, possibly a low A category and that, all else being equal, he feels it should be done on a competitive basis and would recommend a Boston based firm with a good reputation – Corby Capital Market. Selectman Haskell asked if we needed to follow the bid process. Both Ms. Karowski and Mr. Rowell said it was not necessary, it is perfectly legal not to and Rowell assured the Board that he would make sure it is done right. He explained that the award would be made by Karowski as Treasurer, subject to approval by the Select Board. Rowell and Karowski will be back in two weeks to meet with the Board for signing of the bonds and assigning the securities. Motion made (C.M./D.H.) to authorize Clark Rowell to go ahead with the negotiated sale (with Corby Capital Market) on the bond issue. So voted. Ms. Karowski also pointed out that they have worked to stagger the amounts so the tax rate will stay as consistent as possible.
7. Motion made (D.H./E.C.) to approve the minutes of June 30, 2003 as submitted. So voted.

8. Motion made (D.H./C.M.) to approve the minutes of June 19, 2003 as submitted. So voted.
9. Motion made (D.H./C.M.) to approve the minutes of June 12, 2003 as submitted. So voted.
10. Motion made (D.H./C.M.) to approve use of town facilities by the COA for Yoga classes on Thursdays in July from 10:30 – 11:30 a.m. So voted.
11. The Board will review the proposed COA by laws that were submitted.
12. Eric Cerreta and Chris Morris will attend the roundtable discussion meeting with Lt. Governor Kerry Healey on Tuesday, July 22nd.
13. Administrative Assistant to send reply to Jonathan Pelland regarding his offer to work on the web site. At this time the funds are earmarked for hardware to bring town officials and departments online.
14. Agreed to post a meeting of the Select Board for the Board to attend the meeting of the Administrator Feasibility Committee. (July 29th at 6:00 pm.)
15. Agreed to ask the auditors to come in to the August 7th meeting to discuss the results of the FY02 audit.
16. Jim Locke discussed the certificate of substantial completion dated June 26th and said that it is key to the liquidated damages clause – since it was not complete by June 13th, the clause if alive. Locke reported that there is a 3-page punch list of items to finish – nothing structural or mechanical. The fire, health and safety items are all done and they have a temporary certificate of occupancy. The Select Board and Locke agreed to have Locke check with the architect regarding the date to assume full possession of the building before signing the certificate of substantial completion. Motion made (D.H./C.M.) to sign change order #9 in the amount of $13,863, bringing the contingency fund amount to $45,825.59. So voted. Selectman Morris noted that the Board and Town would like to recognize and show appreciation for Nick Dine's volunteer work on the stone wall at the Meekins. Locke will come in to the next meeting on July 24th to update further.
17. The Board agreed to investigate the savings to the law library if we get just the "pocket parts" rather than new books to update the library.
18. Voted to give Don Lawton the go ahead to replace the sump pump in the basement at the town offices.
19. Discussed open box procedures at the transfer station.
20. Approved time out the last two weeks of August for the Administrative Assistant and approved a seminar for August 14th.
21. Agreed to vote on re-appointments for the Administrator Feasibility Committee and the Capital Planning Committee at the next meeting.
22. Motion made (C.M./E.C.) to re-appoint Eric Weber to the Historical Commission. So voted.
23. Motion made (C.M./E.C.) to re-appoint Ralmon Black to the Historical Commission. So voted, Haskell abstaining.
24. Motion made (C.M./E.C.) to re-appoint Mary Gabrielson to the Historical Commission. So voted, Haskell abstaining.
25. Motion made (C.M./E.C.) not to re-appoint Mary Gabrielson to the Community Development Planning Committee. So voted.
26. Agreed to postpone re-appointments to the Mill River Erosion Committee.

27. Motion made (E.C./D.H.) to re-appoint Walter "Sam" Kellogg as Procurement Officer. So voted.
28. Motion made (C.M./D.H.) to disband the Public Safety Complex Committee. So voted.
29. Agreed to ask Chair Kim Boas in to discuss the Rail Trail Committee on August 7th at 8:30 for 15 minutes.
30. Motion made (C.M./D.H.) to re-appoint Jeanne Hemenway as Registrar of Voters. So voted.
31. Motion made (D.H./C.M.) to re-appoint Ira Gabrielson as Emergency Management Director and Hampshire County Local Emergency Planning Committee representative. So voted.
32. After lengthy discussion, Motion made (C.M./E.C.) not to re-appoint Karen Karowski as Police Department Secretary (Administrative Assistant). So voted. Agreed that it will be effective today and will be up to Chief Archbald and Ms. Karowski if she wants to continue in the position until a new appointment is made. Letter of notification was written and signed for hand delivery tomorrow morning.
33. Reviewed and approved the warrant.
34. Adjourned at 10:40 p.m.

_____
Clerk

*Minutes*
*Williamsburg Board of Selectmen*
*May 20, 2004*

The members of the Board of Selectmen met in regular session on Thursday, May 20, 2004, at the town office. The chairman called the meeting to order at 5:05 p.m. Upon roll call the following were:

Present: Chris Morris, David Haskell, and Eric Cerreta

Absent: None

Also Present: Sean Reagan, Lisa Connell

1. Motion made (D.H./C.M.) to approve a late closing/live entertainment permit for the American Legion for June 4, 2004. So voted.
2. Motion made (D.H./C.M.) to approve a live entertainment permit for Burgy Bullet Club for May 22, 2004. So voted.
3. Motion made (C.M./D.H.) to appoint Bonnie Roberge as Administrative Assistant to the Select Board for a term of one year. So voted.
4. Motion made (C.M./D.H.) to appoint Bill Sayre, Dave Mathers, Jeff Ciuffreda, Jim Moran and Katharine Baker to the Administrator Feasibility Committee for one year terms. So voted.
5. Motion made (D.H./C.M.) to appoint Lisa Berkman to the Board of Appeals for a three year term and to appoint Donald Turner as a Board of Appeals Alternate for a one year term. So voted.
6. Motion made (C.M./D.H.) to appoint Jeffrey Ciuffreda to the Brassworks Reuse Committee for a one year term. So voted.
7. Motion made (D.H./C.M.) to appoint Paul Tacy as Building Inspector for a one year term. So voted.
8. Motion made (D.H./C.M.) to appoint Lloyd Warriner to the Capital Planning Committee for a three year term. So voted.
9. Motion made (C.M./D.H.) to appoint Bryan Lashway, Curt Hamilton, Doris Shallcross, Laura Baker, Mary Bisbee, Michael Beattie, Sally Loomis and Steve Snow to the Community Development Planning Committee for one year terms. So voted.
10. Motion made (C.M./D.H.) to appoint Philip Skwira to the Conservation Commission for a two year term. So voted.
11. Motion made (C.M./D.H.) to appoint Edward Crotty as Constable for a three year term. So voted.
12. Motion made (D.H./C.M.) to appoint Carl Beach, Dorothy Backer and Eric Backer to the Council on Aging for three year terms. So voted.
13. Motion made (D.H./C.M.) to appoint Frances Goebel as Council on Aging Activity Coordinator for a one year term. So voted.
14. Motion made (D.H./C.M.) to appoint Mary Wheelan as Council on Aging Staff Director for a one year term. So voted.

15. Motion made (D.H./C.M.) to appoint Jeanne Lally, Sara Wein and Susan Waltner to the Cultural Council for one year terms, to appoint Carolyn Webb-Rosenzwieg to the Cultural Council for a two year term and to appoint Mary Kay Hannon to the Cultural Council for a three year term. So voted.
16. Motion made (D.H./C.M.) to appoint Donald Lawton as Director Civil Defense for a one year term. So voted.
17. Motion made (C.M./D.H.) to appoint Deb Turner and William Turner as Dog Control Officers for one year terms. So voted.
18. Motion made (C.M./D.H.) to appoint Peter Mahieu to the Electricity Advisory Committee for a one year term. So voted.
19. Motion made (D.H/C.M.) to appoint Ira Gabrielson as Emergency Management Director for a one year term. So voted.
20. Motion made (C.M./D.H.) to appoint Donald Lawton as Field Driver for a one year term. So voted.
21. Motion made (C.M./D.H.) to appoint Donald Lawton as Fire Chief/Forest Fire Warden for a one year term. So voted.
22. Motion made (C.M./D.H.) to appoint Donald Lawton as Gas Inspector for a one year term. So voted.
23. Motion made (C.M./D.H.) to appoint William Turner as Highway Superintendent for a one year term. So voted.
24. Motion made (C.M./D.H.) to appoint Anne Gelbard and Rob Stinson to the Hilltown Resource Management Cooperative for one year terms. So voted.
25. Motion made (D.H./C.M.) to appoint Mary Bisbee to the Historical Commission for a three year term. So voted.
26. Motion made (C.M./D.H.) to appoint Eric Weiss to the Materials Recycling Facility Advisory for a one year term. So voted.
27. Motion made (C.M./D.H.) to appoint Warren White as Measurer Gravel/Soil and Manure for a one year term. So voted.
28. Agreed to disband the Mill River Erosion Committee.
29. Motion made (D.H./C.M.) to appoint Kasey Rolih, Mary Bisbee, Paul Jahnige, Phil Merritt, Roz Driscoll, Sally Loomis, Wilbur Loomis and Jennifer Fish to the Open Space and Recreation Committee for one year terms. So voted.
30. Motion made (D.H./C.M.) to appoint Tess Barstow as Parking Clerk for a one year term. So voted.
31. Motion made (C.M./D.H.) to appoint William Turner to the Pioneer Valley Regional Joint Transportation Committee. So voted.
32. Motion made (C.M./D.H.) to appoint James Lawrence to the Planning Board for a five year term and Sara Jean (Sally) Loomis to the Planning Board for a three year term. So voted.
33. Motion made (D.H./C.M.) to appoint Donald Lawton as Plumbing Inspector for a one year term. So voted.
34. Motion made (D.H./C.M.) to appoint Walter (Sam) Kellogg as Procurement Officer for a one year term. So voted.
35. Motion made (C.M./D.H.) to appoint Jeffrey Ciuffreda as PVTA Representative for a one year term. So voted.

36. Agreed to contact Kim Boas to discuss Rail Trail Committee future.
37. Motion made (C.M./D.H.) to appoint Mary Wheelan, Carl Beach, Emma Hall, Sandra Liimatainen and Bonnie Roberge to the Senior Center Feasibility Committee for one year terms. So voted.
38. Motion made (C.M./D.H.) to appoint Osa Flory, Carol Paul, Ann Bussler, Curtis Hamilton, Jackie Compton, Michael Beattie, Michael Geryk, and Paul Jahnige to the Shade Tree Committee for one year terms. So voted.
39. Motion made (C.M./D.H.) to appoint Warren White as Surveyor of Wood/Lumber for a one year term. So voted.
40. Motion made (D.H./C.M.) to appoint Kim Hyslip as Town Accountant for a one year term. So voted.
41. Motion made (C.M./D.H.) to appoint Tess Barstow as Town Collector for a three year term. So voted.
42. Motion made (D.H./C.M.) to appoint the Shade Tree Committee as Tree Warden/Gypsy Moth Superintendent for a one year term. So voted.
43. Motion made (D.H./C.M.) to appoint Ronald Peters as Veterans' Agent for a one year term. So voted.
44. Motion made (C.M./D.H.) to appoint Diane Merritt, Eileen Keegan, Dean Acheson, John Hoogstraten, Kim Hyslip, Paul Jahnige, Sheri Cone and Tom Pollard to the Williamsburg Woodland Trails Committee for one year terms. So voted.
45. Motion made (D.H./C.M.) to appoint Paul Lyons as Wiring Inspector for a one year term. So voted.
46. Motion made (D.H./C.M.) to dissolve the Zoning By-law Review Committee. So voted.
47. Adjourned at 6:00 p.m.

_____
Clerk

*Minutes*
*Williamsburg Board of Selectmen*
*May 13, 2004*

The members of the Board of Selectmen met in regular session on Thursday, May 13, 2004, at the town office. The chairman called the meeting to order at 7:03 p.m. Upon roll call the following were:

Present: Chris Morris, David Haskell, and Eric Cerreta

Absent: None

Also Present: Lisa Connell, Fran Goebel, Mary Bisbee, Deb Turner, Bill Turner, Sean Reagan, Kim Hyslip, Patrick Archbald, Bonnie Roberge

1. Selectman Haskell updated the Board members on upcoming Memorial Day observances, future plans for the Veterans' Memorial and ongoing plans for the Williamsburg contingent in the Northampton 350th anniversary parade.
2. Motion was made to appoint Chris Morris Chairman of the Board. In discussion, Morris and Cerreta agreed that the workload was more equitably split with Cerreta as Chairman and Morris as Clerk and both would like to keep that arrangement this year. Haskell was asked if he would be interested in serving as Chair, Haskell declined. It was agreed to postpone the decision until the next evening meeting of the Board.
3. Selectman Haskell congratulated the Finance Committee and the community as large for accepting the town budget this year without any overrides.
4. Mary Bisbee referred to a memo sent to the Board requesting appointment of an ADA coordinator. This is a requirement for the Open Space and Rec Committee plan, along with a letter stating that ADA policies are in line with ADA requirements. Ms. Bisbee was asked if she would accept the appointment, she declined saying she does not have the qualifications, time or interest. This position has been open for some time, there are no interested candidates. Selectman Morris said he will investigate the matter more next week.
5. Agreed to meet on June 14th at 7:00 with the Planning Board for the CDPC and Open Space Committee presentation in the auditorium Cerreta will check with Mathers to invite the ZBA also.
6. Agreed for Bill Turner to allow the Fire Department to use a Highway Department truck and trailer for the Northampton parade. Turner also asked that he be notified of any pole hearings held as a pole recently put in needs to be moved because it is in the middle of the location for the water/sewer lines. Haskell moved that the pole hearing policy be changed to notify Turner every time.
7. Selectman Morris expressed appreciation to Dave Nardi for his extensive time and efforts to get town office computers connected to wireless internet service.
8. Discussed a dog complaint problem with Bill Turner, dog officer. Turner feels the situation is better than it had been and would like to allow some more time to see if the matter is resolved. Cerreta to draft a reminder letter next week to the dog owner.

9. Motion made (C.M./D.H.) to approve use of town facilities (auditorium chairs) to Marty Phinney. So voted.
10. Motion made (D.H./C.M.) to approve use of the Selectmen's office on Monday, May 24th for HCDC to hold an informational meeting with Laurel Road residents regarding proposed affordable housing in that location. So voted.
11. Discussed the MIIA Meekins building valuation and recommendation received in January. Since repeated attempts have been made, without results, to contact the library trustees, Morris recommended that the Board follow the MIIA recommendations and send a letter to the Trustees letting them know.
12. Chairman Cerreta will attend the Finance Committee meeting next week to discuss a reserve fund transfer request for the Building and Grounds account.
13. Motion made (D.H./C.M.) to approve the Collector's request to use vacation days May 20 & 24th and July 6, 7, & 8. So voted.
14. Motion made (C.M./D.H.) to approve the minutes of April 15, 2004 as submitted. So voted.
15. Motion made (D.H./C.M.) to approve the minutes of May 3, 2004 as submitted.
16. Agreed to work on re-appointments ONLY at the meeting on May 20th.
17. Selectman Haskell extended the Board's and the community's gratitude to Chief Archbald for the officers' presence and show of respect at the funeral for past chief Rick Hendricks.
18. Approved change in summer hours for the administrative assistant to accommodate day care arrangements.
19. Chief Archbald inquired about a grant for radio communications. Chief Lawton and Emergency Mgt Director Gabrielson are working on this grant proposal.
20. Motion made (D.H./C.M.) to authorize the Chairman to sign the AED (Automated External Defibrillator) state grant application and otherwise facilitate any grant requirements. So voted.
21. Chief Archbald told the Board that the janitor has left the police department. The Board directed Archbald to advertise the position and deal with it.
22. Chief Archbald discussed the Northampton parade with Haskell and indicated that the Williamsburg PD would be happy to participate in the parade.
23. Discussed proclaiming Mary Crampton Day. Ms. Crampton was a teacher in town for many years and a Haydenville Library Trustee for many years. Selectman Haskell will draft a proclamation.
24. Fran Goebel and David Haskell, Water/Sewer Department, discussed problems which may arise with vouchers not being put on the warrant because they will not be signed by the Board within the new time frame set by the Accountant.
25. Reviewed and signed the warrant.
26. Adjourned at 9:16 p.m.

_____
Clerk