UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**KAREN KAROWSKI**

    V.                                  CASE NO.  03-30314  MAP

**ERIC CERRETA**

## NOTICE OF RESCHEDULING

PLEASE TAKE NOTICE that the above-entitled case has been RESET for a MOTION HEARING on 4/1/05 at 2:00 P.M. before Michael A. Ponsor, U.S. D.J In Courtroom # 1 on the 5th floor.

SARAH THORNTON
CLERK OF COURT

3/22/05

By: /s/ Elizabeth A. French
Deputy Clerk

Date

**Notice sent to:**

**All counsel of record via mail and electronically**

(Notice of Hearing.wpd - 7/99)    [kntchrgcnf.]
[ntchrgcnf.]