```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS
```

KAREN KAROWSKI,            )
Plaintiff                  )
                           )
            v.             ) CIVIL ACTION NO. 03-30314-MAP
                           )
ERIC CERRETA, ET AL,       )
Defendants                 )


                    ORDER OF REFERRAL

                    April 8, 2005

PONSOR, D.J.

   On April 1, 2005, counsel appeared before this court for argument on the Motion to Quash filed by a third party. The case had been previously scheduled for a case management conference, which was canceled in order to accommodate the hearing on the Motion to Quash.

   The court hereby orders that this case by referred to Magistrate Judge Kenneth P. Neiman for a case management conference, to establish a schedule for completion of all pretrial proceedings and a date for a final pretrial conference. Magistrate Judge Neiman may take any other action following the case management conference which will facilitate disposition of all pending issues.

   It is So Ordered.

                              /s/ Michael A. Ponsor
                              MICHAEL A. PONSOR
                              United States District Judge