✎ AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF  MASSACHUSETTS _____

KAREN KAROWSKI

**NOTICE**

V.

ERIC CERRETA, et al.                                CASE NUMBER:   03-30314-MAP

| TYPE OF CASE: | | |
|---|---|---|
| | ☒  **CIVIL** | **CRIMINAL** |

☒  **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | UNITED STATES BANKRUPTCY COURTROOM, 2ND FLOOR |
| Springfield, Massachusetts 01103 | DATE AND TIME |
| | Friday, May 6, 2005, at 10:00 a.m. |
| TYPE OF PROCEEDING | |
| CASE MANAGEMENT CONFERENCE | |

☐  **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | | |

WILLIAM RUANE

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| April 13, 2005 | /s/ |
|---|---|
| DATE | (BY) DEPUTY CLERK |

TO:     ALL  COUNSEL OF RECORD