UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KAREN KAROWSKI,           )
      Plaintiff    )
                          )
v.                        )    Civil Action No. 03-30314-MAP
                          )
                          )
ERIC CERRETA, et al.,     )
      Defendants   )

FURTHER SCHEDULING ORDER
May 6, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference this day:

1. All remaining discovery shall be completed by July 1, 2005.

2. Defendants shall file their dispositive motions by July 29, 2005, or inform the court in writing by that date that no such motions will be filed.

3. Plaintiff shall file her opposition to Defendants' motions, if any, by August 19, 2005, to which Defendants may reply by August 26, 2005.

4. If no dispositive motions are filed, counsel shall appear for a final pretrial conference on September 27, 2005, at 2:30 p.m. in Courtroom One before District Judge Michael A. Ponsor. Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(d) and the Procedural Order entered this date.

IT IS SO ORDERED.

                                            /s/ Kenneth P. Neiman
                                            KENNETH P. NEIMAN
                                            U.S. Magistrate Judge

Case 3:03-cv-30314-MAP    Document 28    Filed 05/06/2005    Page 2 of 2