UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:03-CV-30314-MAP

| | |
|---|---|
| KAREN KAROWSKI, | ) |
|     Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| ERIC CERRETA, DAVID HASKELL, | ) |
| CHRISTOPHER MORRIS, and | ) |
| THE INHABITANTS OF THE TOWN OF | ) |
| WILLIAMSBURG, | ) |
|     Defendants | ) |

**ASSENTED TO MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE A DISPOSITIVE MOTION**

NOW COME the defendants and respectfully move this Court for an extension of time within which to file a dispositive motion. As grounds therefor and in support thereof, the defendants state that discovery was somewhat delayed by the necessity of proceeding before this Court on a Motion for Protective Order filed by a reporter for the <u>Hampshire Gazette</u>. There remains an additional matter which may need to be resolved by this Court by way of protective order which relate to matters which have arisen since the initial non-reappointment of the plaintiff.

Most importantly, the parties state that they have begun settlement discussions, once again, and wish to conclude said negotiations prior to determining whether dispositive motions are appropriate. It is the hope of the parties that the matter may be resolved without the need for court intervention on a dispositive motion.

406076

WHEREFORE, the defendants respectfully request that this Court extend the time for filing dispositive motions for 90 days so as to allow the parties to conclude the single discovery issues pending, if necessary, and continue their efforts to amicably resolve this case.

| | |
|---|---|
| <u>ASSENTED TO</u>:<br>THE PLAINTIFF<br>KAREN KAROWSKI | THE DEFENDANTS,<br>ERIC CERRETA, DAVID HASKELL,<br>CHRISTOPHER MORRIS, and<br>THE TOWN OF WILLIAMSBURG, |
| By   */s/ Harry L. Miles*<br>Harry L. Miles, Esq., of<br>Green, Miles, Lipton, White & Fitz-Gibbon<br>77 Pleasant Street, P.O. Box 210<br>Northampton, Massachusetts 01060-0210<br>Phone (413) 568-8218  Fax (413) 584-6278<br>BBO No.:  345800 | By   */s/ Nancy Frankel Pelletier*<br>Nancy Frankel Pelletier, Esq., of<br>Robinson Donovan, P.C.<br>1500 Main Street, Suite 1600<br>Springfield, Massachusetts 01115<br>Phone (413) 732-2301 Fax (413) 785-4658<br>BBO No.:  544402 |

## CERTIFICATE OF CONSULTATION

The undersigned states, in accordance with Rule 7.1 of the Local Rules of the United States District Court that an effort was made to resolve this matter.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Nancy Frankel Pelletier*
　　　　　　　　　　　　　　　　　　　　　Nancy Frankel Pelletier, Esq.

## CERTIFICATE OF SERVICE

I, Nancy Frankel Pelletier, Esq., hereby certify that on this 4th day of August, 2005, I served a copy of the foregoing documents upon the parties in the action by mailing, postage prepaid, to counsel of record, Harry L. Miles, Esq., Green, Miles, Lipton, White & Fitz-Gibbon, 77 Pleasant Street, P.O. Box 210, Northampton, MA  01061-0210.

Subscribed under the penalties of perjury.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Nancy Frankel Pelletier*
　　　　　　　　　　　　　　　　　　　　　Nancy Frankel Pelletier, Esq.

406076