UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KAREN KAROWSKI,            )
Plaintiff                  )
                           )
            v.             ) CIVIL ACTION NO. 03-30314-MAP
                           )
ERIC CERRETA, ET AL,       )
Defendants                 )

ORDER

November 14, 2005

PONSOR, D.J.

On August 8, 2005, the court entered an order granting an extension of time for the filing of dispositive motions. The mandated filing date was October 31, 2005; no dispositive motions have been filed, and no notice has been given to the court with regard to dispositive motions.

Based on the foregoing, clerk is ordered to set this case for a final pretrial conference. The case will be moved forward promptly to trial.

It is So Ordered.

/s/ Michael A. Ponsor

MICHAEL A. PONSOR
United States District Judge