# NOTICE RE: TRANSCRIPTS

## November 3, 2005

Due to the high volume of trials in the Western Division and the unusually heavy demands on the Court Reporter, transcripts at this time may not be available with their normal promptness.

Counsel should be aware that the court has directed the Court Reporter to give priority to criminal transcripts. Even with these, however, delays may sometimes occur.

One way to insure a prompt transcript is for counsel to order daily copy. The Court Reporter is prepared to assist counsel in making arrangements for this, when desired, so long as the request is made at least two weeks in advance of the relevant trial or other proceeding. Counsel interested in daily copy should contact the Court Reporter, Alice Moran, at 413-731-0086.

Michael A. Ponsor
U.S. District Judge