UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:03-CV-30314-MAP

| | |
|---|---|
| KAREN KAROWSKI, | ) |
|     Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| ERIC CERRETA, DAVID HASKELL, | ) |
| CHRISTOPHER MORRIS, and THE | ) |
| INHABITANTS OF THE TOWN OF | ) |
| WILLIAMSBURG, | ) |
|     Defendants | ) |

**ASSENTED TO MOTION TO ALLOW FOR THE TAKING OF A SINGLE DEPOSITION AND FILING OF A MOTION FOR SUMMARY JUDGMENT**

NOW COME the parties to the above-captioned matter and respectfully move this Court for a brief extension of time within which to allow the taking of a single deposition followed by the filing of a Motion for Summary Judgment. As grounds therefor and in support thereof, the parties state that the taking of the deposition of Michael Beattie was delayed due to the parties' efforts to come to an agreement as to the scope of the deposition. The parties further believe that the deposition was necessary prior to the service of a dispositive motion. While the parties attempted to resolve their problems, one of the defendants, David Haskell, became ill requiring several surgical procedures and hospitalizations. Recently, Mr. Haskell was discharged and he is currently undergoing treatment. He is, however, healthy enough to meet with counsel and continue with the defense of this matter. The parties do not believe that there will be substantial delay by way of the allowance of this motion inasmuch as the matter has yet to be scheduled for trial.

416121

WHEREFORE, based upon the foregoing, the parties respectfully request that they be afforded sixty (60) days within which to conclude the single deposition, that being of Michael Beattie, and file dispositive motions. The parties respectfully request that the final Pre-Trial Conference presently scheduled for January 30, 2006 to sometime in April, 2006.

THE DEFENDANTS,
ERIC CERRETA, DAVID HASKELL,
CHRISTOPHER MORRIS, and
THE TOWN OF WILLIAMSBURG,


By     /s/ Nancy Frankel Pelletier
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301 Fax (413) 785-4658
BBO No.: 544402

THE PLAINTIFF
KAREN KAROWSKI


By     /s/ Harry L. Miles (NFP)
Harry L. Miles, Esq., of
Green, Miles, Lipton, White & Fitz-Gibbon
77 Pleasant Street
P.O. Box 210
Northampton, Massachusetts 01061-0210
Phone (413) 586-8218  Fax (413) 584-6278

416121