UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 3:03-CV-30314-MAP

| | |
|---|---|
| KAREN KAROWSKI,<br>    Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| ERIC CERRETA, DAVID HASKELL,<br>CHRISTOPHER MORRIS, and<br>THE INHABITANTS OF THE TOWN<br>OF WILLIAMSBURG,<br>    Defendants | )<br>)<br>)<br>)<br>) |

## DEFENDANT'S MOTION TO CONVERT CONFERENCE
## (ASSENTED TO)

NOW COME the parties to the above-captioned matter and respectfully move this Court to convert the final Pre-Trial Conference, presently scheduled for April 7, 2006, to a Scheduling Conference. As grounds therefor and in support thereof, the parties note that in the last motion filed before this Court, they advised the Court that the plaintiff wished to take an additional deposition prior to the completion of discovery after which the defendants anticipated filing a motion for summary judgment. That deposition has been concluded and the transcript recently returned to the parties. At this point, the defendants intend to file a Motion for Summary Judgment and have so advised the plaintiff. The parties, therefore, respectfully request that the Court either provide the parties with a schedule for the filing of dispositive motions and/or convert the Pre-Trial Conference presently scheduled for April 7, 2006 to a Status Conference.

421763

The parties believe it is in the interest of judicial economy to proceed in the fashion as set forth above.

THE DEFENDANTS,
ERIC CERRETA, DAVID HASKELL,
CHRISTOPHER MORRIS, and
THE TOWN OF WILLIAMSBURG,

By    */s/ Nancy Frankel Pelletier*
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301 Fax (413) 785-4658
BBO No.: 544402
npelletier@robinson-donovan.com

ASSENTED TO:
THE PLAINTIFF
KAREN KAROWSKI

By    */s/ Harry L. Miles*
Harry L. Miles, Esq., of
Green, Miles, Lipton, White & Fitz-Gibbon
77 Pleasant Street, P.O. Box 210
Northampton, Massachusetts 01061-0210
Phone (413) 586-8218  Fax (413) 584-6278

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 15th day of March, 2006.

*/s/ Nancy Frankel Pelletier*
Nancy Frankel Pelletier, Esq.

421763