UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:03-CV-30314-MAP

| | |
|---|---|
| KAREN KAROWSKI,<br>    Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| ERIC CERRETA, DAVID HASKELL,<br>CHRISTOPHER MORRIS, and<br>THE INHABITANTS OF THE TOWN OF<br>WILLIAMSBURG,<br>    Defendants | )<br>)<br>)<br>)<br>) |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

NOW COME the defendants, Eric Cerreta, David Haskell and Christopher Morris[1] and hereby move this Honorable Court for summary judgment on all counts pursuant to Fed.R.Civ.P. 56(c). As reasons for this motion, which are more fully articulated in the Memorandum of Law In Support Of the Defendants' Summary Judgment Motion, attached hereto and incorporated herein by reference, the defendants state that they did not retaliate against the plaintiff in violation of her First Amendment Rights, or, in the alternative are entitled to Qualified Immunity and did not use their power of appointment to threaten, intimidate or coerce the plaintiff in violation of M.G.L. c. 12, §§ 11H and 11I, as alleged by the plaintiff.

---

[1] The plaintiff also names the Inhabitants of the Town of Williamsburg, however, no colorable claim appears to be articulated in the Complaint against anyone/entity other than the individual defendants.

427724

Respectfully submitted,

THE DEFENDANTS
ERIC CERRETA, DAVID HASKELL,
CHRISTOPHER MORRIS AND THE
INHABITANTS OF THE TOWN OF
WILLIAMSBURG

By     /s/ Nancy Frankel Pelletier
Nancy Frankel Pelletier, Esq.,
Dorothy Varon, Esq., both of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301 Fax (413) 785-4658
BBO No.: 544402
BBO No.: 629609

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 1st day of May, 2006.

    /s/ Nancy Frankel Pelletier
Nancy Frankel Pelletier, Esq.

427724