

## Commonwealth of Massachusetts
## Town of Williamsburg

141 Main Street, P. O. Box 447
Haydenville, Massachusetts 01039-0447

Tel: (413) 268-8400          Fax: (413) 268-8409

July 10, 2003

Ms. Karen Karowski
94 Old Goshen Road
Williamsburg, MA 01096-9707

Dear Karen:

    We write to inform you that the Select Board voted at its July 10th meeting not to re-appoint you as Police Secretary. Despite being our appointee, you constantly criticize our board's decisions regarding police business. We do not believe it is appropriate for the Police Secretary or Administrative Assistant to relentlessly complain about the decisions the board members make in their capacity as Police Commissioners. We feel we need to fill the position with someone who can do the job without constantly attempting to undermine our authority.

    With the approval of Chief Archbald, you may continue in this position until a replacement is appointed, if you wish to do so.

Sincerely,

Eric P. Cerreta
Chairman, Board of Selectmen

Christopher S. Morris
Clerk, Board of Selectmen

David A. Haskell
Board of Selectmen

*The Town of Williamsburg is an Equal Opportunity Employer.*