DAVID HASKELL
November 22, 2004

Page 1

```
 1            COMMONWEALTH OF MASSACHUSETTS
 2            Department of the Trial Court
 3  Western Division      C.A NO.:  03-CV-30314-MAP
 4
 5
 6  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
 7  KAREN KAROWSKI,                        *
 8            Plaintiff                    *
 9  v.                                     *
10  ERIC CERRETA, DAVID HASKELL,           *
11  CHRISTOPHER MORRIS, AND THE            *
12  INHABITANTS OF THE TOWN OF             *
13  WILLIAMSBURG,                          *
14            Defendants                   *
15  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
16
17         DEPOSITION OF:  DAVID HASKELL
18         Green, Miles & Fitz-Gibbon
19              77 Pleasant Street
20         Northampton, Massachusetts
21              November 22, 2004
22
23            Jessica M. DeSantis
24               Court Reporter
```

Page 10

1  hold?
2  A. Conservation Commission.
3  Q. How long were you on the
4  Conservation Commission?
5  A. Without looking it up, ten, eleven
6  years, perhaps more.
7  Q. And did you hold any other town
8  offices at/or about that time?
9  A. Minor appointed boards, by-law
10 review board. At that time those were in the
11 '70s to '80s. That would be it.
12 Q. Okay. What was the next town office
13 you've held, if any?
14 A. I was elected to the Water/Sewer
15 Commission.
16 Q. When was that?
17 A. That I can't tell you. I don't
18 remember.
19 Q. Was it before or after you became a
20 member of the Conservation Commission?
21 A. It was after.
22 Q. Okay. How long were you a
23 water/sewer commissioner?
24 A. I still am.

Page 11

1  Q. Okay. How long --
2  A. I'm sure the town clerk will be able
3  to provide you those.
4       MS. PELLETIER: Just best of your
5  memory.
6       THE WITNESS: My memory. I don't
7  remember. At least ten years.
8  Q. (By Mr. Miles) Okay. And during
9  the time that you were water/sewer commissioner
10 did you hold any other town offices?
11 A. I still am water/sewer
12 commissioner.
13 Q. Okay. Before you became a selectmen
14 did you hold any other town offices?
15 A. Water/sewer commissioner.
16 Q. When were you first elected a
17 selectman?
18 A. This is my fifth term. You have to
19 do the math. My fifth year. So I don't really
20 remember without doing the math.
21 Q. Somewhere around 1999, 1998?
22 A. Trying to do the math. Should I do
23 the math?
24 Q. If you can, feel free.

Page 12

1  A. I'm saying '99, is when I ran
2  first.
3  Q. Okay. And when are you up for
4  election next?
5  A. This is 2007, I believe.
6  Q. Were you --
7  A. Or 6. Excuse me. Next year will be
8  5. 2006.
9  Q. Right. And those are three-year
10 terms?
11 A. Yes, sir.
12 Q. Were you given any education to
13 perform your duties as a conservation
14 commissioner?
15 A. No, sir.
16 Q. Were you given any education to
17 perform your duties as a water or sewer
18 commissioner?
19 A. No, sir.
20 Q. Were you given any education to
21 perform your duties as selectman?
22 A. Not given.
23 Q. Were you -- did you take any
24 training to perform your duties as selectman?

Page 13

1  A. The related college courses are not
2  select-board related, but they are municipal
3  related.
4  Q. When did you take those?
5  A. I don't recall.
6  Q. Sorry. Were these at GCC?
7  A. Yes.
8  Q. Okay. Have you taken any training
9  or education since then in municipal affairs or
10 municipal procedure?
11 A. Just selectmans dinner meetings with
12 whatever speakers.
13 Q. Are you a member of any professional
14 association?
15 A. No, sir.
16 Q. Do you belong to any selectmans
17 association?
18 A. As a town body I believe we belong
19 to -- not sure what they are, but they're not
20 really selectman associations. I don't believe.
21 They're just an association of selectman.
22 Q. How often does that body meet?
23      MS. PELLETIER: Objection. Go
24 ahead.

Page 18

1  appointed to the position.
2      Q.   (By Mr. Miles) Okay. So she was
3  appointed by you and who else?
4      A.   Christopher Morris.
5      Q.   Was there a third selectman at that
6  time?
7      A.   Yes, sir.
8      Q.   What was his or her name?
9      A.   Bertle Liander.
10     Q.   Was the appointment unanimous?
11     A.   No, sir.
12     Q.   Who voted against it?
13     A.   Bertle Liander.
14     Q.   Now, Mr. Liander resigned as select
15 person; is that correct?
16     A.   Mr. Liander chose not to run
17 again.
18     Q.   I see. I thought he resigned.
19         He just didn't run again?
20     A.   Yes, sir.
21     Q.   And he was replaced by
22 Mr. Cerreta?
23     A.   Yes, sir.
24     Q.   Do you have an opinion of Ms.

Page 19

1  Karowski's performance as town treasurer over the
2  years that you've known her?
3         MS. PELLETIER: Objection. Go ahead
4      if you can.
5         THE WITNESS: Let's see. According
6      to audits -- an elected position is an
7      elected position. You answer to the
8      people. But according to audits that the
9      town has done every year she had been
10     lacking in some of her duties.
11     Q.   (By Mr. Miles) And what duties had
12 she been lacking?
13     A.   You can read the audit reports and
14 it will state, go back couple of years,
15 inconsistencies carried from year to year.
16     Q.   Have you read the audit report?
17     A.   I've read parts of the audit
18 report.
19     Q.   What parts have you read?
20     A.   Just the ones that were highlighted.
21 Couple of years ago we had problems in a couple
22 of different sectors and the problems were
23 reiterated to those particular departments. And
24 those particular departments were working on

Page 20

1  doing some of the problems in the first big audit
2  report where we had a lot of problems. The
3  next -- this last audit report they had been
4  corrected.
5      Q.   And has the treasurer's office
6  corrected it's problems as well?
7         MS. PELLETIER: Objection. Go
8      ahead.
9         THE WITNESS: No, sir.
10     Q.   (By Mr. Miles) What problems still
11 exist in the treasurer's office?
12     A.   She is working to correct them. To
13 my understanding there were various state forms
14 to do with reporting of -- I'm not sure of the
15 particulars of it, but the company who did the
16 audit was very concerned. It left the Town of
17 Williamsburg open, according to them, to fines
18 from the Department of Revenue I believe.
19     Q.   Do you have any memory, yourself, of
20 what the concerns were?
21     A.   That the paperwork hadn't been filed
22 for quite a few years. And it left us open for
23 fines from the, I believe, it was the Department
24 of Revenue.

Page 21

1      Q.   Which paperwork had not been
2  filed?
3      A.   You will have to check with the
4  auditor. That is not my expertise. That's why
5  we hire auditors, but it was highlighted in the
6  auditor's report.
7      Q.   And you don't have any current
8  memory of what those were?
9      A.   No, sir.
10     Q.   Okay. And do you have an opinion of
11 Ms. Karowski's performance on the finance
12 committee?
13        MS. PELLETIER: Objection. Go
14     ahead.
15        THE WITNESS: Let's see. Yes. I
16     guess -- I don't know. I believe that some
17     of the voting and lobbying that Ms.
18     Karowski did during budget times on the
19     finance were issues she should have recused
20     herself from.
21     Q.   (By Mr. Miles) In particular, what
22 issues should she have recused herself on?
23     A.   Any budgetary item having to do with
24 the police department.

6 (Pages 18 to 21)

DAVID HASKELL
November 22, 2004

Page 22

1   Q.   Why should she have recused herself
2   on any budgetary items that have to do with the
3   police department?
4        MS. PELLETIER: Objection. Go
5        ahead.
6        THE WITNESS: She is an employee of
7        the police department.
8   Q.   (By Mr. Miles) What is your source
9   of information that she did not recuse herself on
10  those issues?
11       MS. PELLETIER: Objection. Hold up.
12       You can answer only to the extent that it
13       doesn't relate to any communications you
14       had with me or anybody in my office.
15       Separate and independent from that you can
16       go ahead and answer.
17       THE WITNESS: Oh. Being in finance
18       committee meetings with the finance
19       committee and the select board doing the
20       yearly budgets.
21  Q.   (By Mr. Miles) Please tell me what
22  particular items you observed her not to recuse
23  herself on that she should have in your opinion?
24       MS. PELLETIER: Objection. Go

Page 23

1   ahead.
2        THE WITNESS: In my opinion,
3        anything to do with the police budget.
4   Q.   (By Mr. Miles) And give me examples
5   of items on which she did not recuse herself?
6        MS. PELLETIER: Objection. Go
7        ahead.
8        THE WITNESS: Being on the budget.
9        They are voted individually when they come
10       in. Each board presents and they are voted
11       to accept the budget submitted or revamp
12       the budget submitted.
13  Q.   (By Mr. Miles) Did you observe Ms.
14  Karowski voting on the police department
15  budget?
16  A.   When it's a unanimous vote of the
17  finance committee it would only lead me to
18  believe that nobody recused themselves or if the
19  vote was -- if the vote was 7 to 2 with no
20  recusals it means that everybody voted on the
21  budget.
22  Q.   Did you observe Ms. Karowski voting
23  on any police department budget items?
24       MS. PELLETIER: Objection. Go

Page 24

1   ahead.
2        THE WITNESS: It was, as I stated,
3        when it's a unanimous vote of the finance
4        committee I am under the assumption that
5        Ms. Karowski voted for it.
6   Q.   (By Mr. Miles) You said, sir, that
7   you were at finance committee meetings; is that
8   correct?
9   A.   Yes, sir.
10  Q.   Did you say that you observed the
11  finance committee voting on police budget items?
12       MS. PELLETIER: Objection. Go
13       ahead.
14       THE WITNESS: Would you repeat it?
15       MR. MILES: Sure.
16  Q.   (By Mr. Miles) Did you say that you
17  had observed the finance committee voting on
18  police budget items?
19       MS. PELLETIER: Objection. Go
20       ahead.
21       THE WITNESS: I have been in with
22       the select board. I thought I said this.
23       The select board and the finance committee
24       meet every year to draw up the budget.

Page 25

1   Budgets are submitted by every department.
2   Some are under the select board's guys, I
3   guess you call it, and some aren't.
4        The select board votes to forward
5        their budgets to the finance committee.
6        The finance committee votes, picks apart
7        each individual budget, and votes a number
8        to forward to town meeting.
9   Q.   (By Mr. Miles) Right. And what I'm
10  asking you is. Did you observe the voting
11  process, physically, yourself?
12  A.   99 percent of the time.
13  Q.   Okay. Then tell me when you saw Ms.
14  Karowski physically vote on a police department
15  budget item, which, in your opinion, she should
16  have recused herself?
17       MS. PELLETIER: Objection. Go
18       ahead.
19       THE WITNESS: Without my P.A.D and
20       looking back on when finance committee
21       meetings were I am unable to give you the
22       date.
23  Q.   (By Mr. Miles) I'm not asking for a
24  date.

CATUOGNO COURT REPORTING SERVICES
Springfield, MA   Worcester, MA   Boston, MA   Providence, RI   Manchester, NH