06/29/2004  06:21  4132687706



# Commonwealth of Massachusetts
# Town of Williamsburg

*141 Main Street, P. O. Box 447*
*Haydenville, Massachusetts 01039-0447*

Tel.: (413) 268-8400                                                        Fax: (413) 268-8409

Karen Karowski
Old Goshen Road
Williamsburg MA 01096

November 3, 2003

Dear Karen,

At the Board's last meeting, we voted to reappoint you to fill the Police Secretary position for the remainder of the fiscal year. However, we want to emphasize our expectations of you in the position in regard to the following.

1) It is essential that the police secretary maintain absolute confidentiality about police investigations. As you know, Chief Archbald was contacted this spring by an individual who overheard you relating the details of an ongoing police investigation with another town employee in the town offices during regular public hours. The individual could easily hear the conservation from another room and was able to relate accurate details of the case to Chief Archbald. As you know, investigations and prosecutions may be compromised by such discussion. We consider confidentiality in police matters to be of paramount importance.

2) It is important to avoid conflicts of interest or its appearance vis a vis your position as police secretary and the performance of your other town duties. Specifically, you should recuse yourself from voting on and/or discussing any issues that would violate the provisions of G.L.c.268A.

3) Chief Archbald is the spokesman for the Police Department. If you speak on police matters at public meetings, it must be clear that you are speaking for yourself, not for the department.

4) During your office hours at the police station, please conduct only police business. In the past, the Town did not provide space for the treasurer. However,

you currently have space available in the collector's office and will be sharing space in the Town Clerk's office.

5) Lastly, while you are working at the police station, please refrain from contacting other town employees to discuss non-police business.

Please see the town clerk to be sworn in.

Respectfully yours,

Eric Cerreta, Chairman

Christopher Morris, Clerk

David Haskell

cc: Pat Archbald