THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WESTERN DIVISION
C.A. No. 03-CV-30314-MAP

KAREN KAROWSKI,                                                    )
            Plaintiff                                             )
                                                                  )
            v.                                                    )
                                                                  )
ERIC CERRETA, DAVID HASKELL, CHRISTOPHER MORRIS,)
and THE INHABITANTS OF THE TOWN OF WILLIAMSBURG,)
            Defendants                                            )

   DEPOSITION OF: MICHAEL E. BEATTIE, taken before
Gail A. Trudeau, Notary Public-Stenographer,
pursuant to Rule 30 of the Massachusetts Rules of
Civil Procedure, at the offices of Green, Miles,
Lipton & Fitz-Gibbon, 77 Pleasant Street,
Northampton Massachusetts on February 1, 2006 at
9:10 a.m.


APPEARANCES:
(See Page 2.)


                    TRUDEAU & TRUDEAU
                    Court Reporters
                      P.O. Box 11
              So. Deerfield, Mass.   01373
                    (413) 665-7900

1       did you hold any town offices?

2    A.    Yes.

3    Q.    What town offices have you held?

4    A.    Finance Committee, Local School Committee.

5    Q.    Is that as opposed to the Regional School

6          Committee?

7    A.    Well I hold that one as well.

8    Q.    But those are two different positions?

9    A.    They are two different positions. Shade Tree

10         Committee and the -- what is it called --

11         there's like Williamsburg Development

12         Committee.

13   Q.    Have you ever held elective office in town?

14   A.    Yes.

15   Q.    And what elective offices have you held?

16   A.    School Committee.

17   Q.    Local?

18   A.    On the local level.  And Finance Committee.

19   Q.    You also said you were a member of the

20         Regional School Committee?

21   A.    Yes.

22   Q.    Is that elected or appointed?

23   A.    I am the appointed representative of the Local

24         School Committee.  The Local School Committee

21

```
 1        communication with any member of the Board of
 2        Selectmen about Karen Karowski?
 3                    ATTY. PELLETIER:  Objection.  Go
 4        ahead, you can answer.
 5   A.   Yes.
 6   Q.   With whom did you communicate with, which
 7        member of the Board of Selectmen did you
 8        communicate about Karen Karowski?
 9                    ATTY. PELLETIER:  Objection.  Go
10        ahead.
11   A.   Eric Cerreta and Christopher Morris.
12   Q.   When did you communicate with Mr. Cerreta
13        about Karen Karowski?
14   A.   I'm going to say 2002 and 2003.
15   Q.   That was before the Selectmen decided not to
16        reappoint her?
17   A.   That would be true, yes.
18   Q.   What did you say to -- strike that.
19            How did you communicate with Mr. Cerreta
20        about Karen Karowski?
21   A.   Via telephone.
22   Q.   Did you ever talk to him about Karen Karowski
23        in person?
24   A.   Yes.
```

23

1       for lunch.

2  Q.   Unless you include the Red Rock, former Red

3       Rock.

4            In 2002, do you recall how many times

5       you talked with Mr. Cerreta about Karen

6       Karowski?

7  A.   No.

8  Q.   Do you have any -- what's your best estimate

9       of the number of times?

10 A.   I wouldn't even venture, I would say three or

11      four.

12 Q.   In 2003, what's your best estimate of the

13      number of times you spoke with Mr. Cerreta

14      about Karen Karowski?

15 A.   I don't remember.

16 Q.   What did you say to Mr. Cerreta when you spoke

17      with him about Karen Karowski?

18            ATTY. PELLETIER:   Objection.  Go

19      ahead.

20 A.   After several Finance Committee meetings, I

21      had advised him that Ms. Karowski had spoken

22      about the Select Board in nonprofessional

23      un-flattering terms.

24 Q.   Do you remember what you said to Mr. Cerreta

24

1          specifically?

2   A.     No, I do not.

3   Q.     Do you remember what you observed Ms. Karowski

4          to have said?

5   A.     It's been a long time, I could not, I wouldn't

6          even venture.

7   Q.     What was the nature of the nonprofessional

8          statements that she made?

9   A.     Nonprofessional statements I made?

10  Q.     She made.

11  A.     I felt that they were derogatory.

12  Q.     Do you remember any of the statements she

13         made?

14  A.     I do not.

15  Q.     Do you remember any of the words she used?

16  A.     I do not.

17  Q.     Do you remember in what capacity she was

18         speaking?

19                  ATTY. PELLETIER:  Objection.  Go

20         ahead.

21  A.     I don't know, she wears many hats.

22  Q.     Was she a member of the Finance Committee at

23         the same time that you were?

24  A.     She was.

25

1  Q.  Was she also Town Treasurer?

2  A.  She was.

3  Q.  At that time was she also the Police

4      Administrator?

5  A.  She was.

6  Q.  Do you remember whether you were talking about

7      statements she made in her capacity as a

8      Finance Committee member?

9  A.  Could you repeat that, please?

10 Q.  Sure.  Were you talking, when you spoke with

11     Mr. Cerreta in 2002, were you talking about

12     statements that Karen Karowski made in her

13     capacity as a Finance Committee member?

14 A.  I don't know what capacity they were being

15     made in.

16 Q.  Did she, did Ms. Karowski indicate what

17     capacity she was speaking in?

18 A.  I, to my knowledge --  I don't know.

19 Q.  Did she ever say "as Town Treasurer", and then

20     make a statement?

21              ATTY. PELLETIER:  Objection.

22 A.  I don't know, I can't remember specifics about

23     the comments.

24 Q.  Do you remember the subjects that she spoke

1        Department?

2                    ATTY. PELLETIER:  Objection.  Go

3        ahead.

4   A.   That was my impression and why I made the

5        phone calls.

6   Q.   Do you recall what Ms. Karowski said about the

7        manner in which the Select Board was

8        administering the Police Department?

9                    ATTY. PELLETIER:  Objection. Go

10       ahead.

11  A.   No, not specifics.

12  Q.   Do you remember the gist of what she said?

13  A.   No.

14  Q.   Did you ever tell Mr. Cerreta that Ms.

15       Karowski relentlessly criticized the Select

16       Board's management of the Police Department?

17  A.   It was quite often, yes, I don't know if I

18       would use the word "relentless", but it was

19       quite often, sometimes she couldn't even wait

20       until they got out of the room when they were

21       in joint session with us, that I specifically

22       do remember.

23  Q.   So Ms. Karowski made some comments in front of

24       the Select Board, the members of the Select

1       you to some extent?

2   A.   They did.  I was not alone.

3   Q.   Who else was upset?

4   A.   Linda Rowley, who was our secretary.

5   Q.   Did you speak with Linda Rowley about Ms.

6        Karowski's statements?

7   A.   I did.

8   Q.   What did you say to Ms. Rowley?

9   A.   I told her that I was upset about them and

10       that I was going to pass them onto the

11       Selectmen.

12  Q.   Do you recall which statements you spoke to

13       Ms. Rowley about?

14  A.   No.

15  Q.   Do you recall the subject matter of the

16       statements that you spoke to Ms. Rowley about?

17  A.   Some of them were Police Department related.

18  Q.   Were some of them not Police Department

19       related?

20  A.   I would imagine, yes, it wasn't always the

21       Police Department.

22  Q.   How many conversations did you have with Ms.

23       Rowley?

24                   ATTY. PELLETIER:  Objection.

32

1  A.  I'm going to say several, we discussed it
2      several times.
3  Q.  What did Ms. Rowley say to you and what did
4      you say to her, to the best of your memory?
5  A.  She recalled some of the, I assume, things I
6      did, she advised me if I had problems -- you
7      know, we talked and I basically said I was
8      going to call or speak with the Selectmen, and
9      I did.
10 Q.  You were going to say she advised you to do
11     something, what was she advising you to do?
12          ATTY. PELLETIER:  Objection.  Go
13     ahead.
14 A.  No, she did not, I was trying to think and
15     phrase, but no.
16 Q.  Ms. Rowley was also a member of the Finance
17     Committee?
18 A.  She was the recording secretary.
19 Q.  Did she have a vote?
20 A.  No.
21 Q.  Did she object in Finance Committee meetings
22     to anything Ms. Karowski said?
23 A.  To my knowledge, no.
24 Q.  Did she record the statements that Ms.

34

1  A.   I believe I mentioned it once.

2  Q.   Did Mr. Allen take any action, to your

3       knowledge?

4  A.   No.

5  Q.   Did you talk to Mr. Morris about the

6       statements that Ms. Karowski made, to which

7       you objected?

8  A.   I did.

9  Q.   What did you say to Mr. Morris, to the best of

10      your recollection?

11 A.   Repeated the statements.

12 Q.   What did Mr. Morris say to you?

13 A.   I don't remember.  I remember he wasn't

14      terribly happy about it.

15 Q.   How did he expresses unhappiness?

16 A.   I can't give you a specific, I don't remember.

17 Q.   What was about his behavior that led you to

18      believe that he was unhappy about what Ms.

19      Karowski's had said?

20 A.   I remember a frown.

21 Q.   Did he tell you what he was going to do about

22      it?

23              ATTY. PELLETIER:  Objection.

24 A.   No, he did not.

35

1  Q.    How many times did you talk to Mr. Morris?

2  A.    I believe three times.

3  Q.    Do you remember the subjects you talked to him

4        about?

5  A.    The statements.

6  Q.    Do you remember what the subjects of those

7        statements were?

8  A.    Subjects?  No, I don't.

9  Q.    Did you talk to Mr. Haskell about Ms.

10       Karowski's statements?

11  A.   I don't remember.

12  Q.   Did you talk with any other town official

13       about Ms. Karowski's statements?

14  A.   I don't remember.

15  Q.   Did you talk to Pat Archbald, the Chief of

16       Police, about Ms. Karowski's statements?

17  A.   No.

18  Q.   Did you talk to any other police officer about

19       Ms. Karowski's statements?

20  A.   No.

21  Q.   Let me show you Exhibit 1.  You have a copy in

22       front of you, but I'll show you the actual

23       exhibit so you can compare them.

24  A.   Yes.

39

1  Q.   Did you ever hear Ms. Karowski criticize the

2       Select Board or it's policies or procedures

3       outside of Finance Committee meetings?

4  A.   Oh, yes, I remember.

5  Q.   When did you hear that?

6  A.   I can't remember when.

7  Q.   Where did you hear it?

8  A.   I worked with her.

9  Q.   Under what circumstances did you work with

10      her?

11 A.   I for a time was her assistant.

12 Q.   And when were you her assistant?

13 A.   I can't remember the year, it was before '03.

14 Q.   How long were you her assistant?

15 A.   I believe it was less than a year.

16 Q.   And did you assist her in her capacity as

17      Treasurer or as Finance Committee member?

18 A.   It was Treasurer.

19 Q.   Were you compensated for that?

20 A.   Yes, I was.

21 Q.   By whom were you compensated?

22 A.   The Town of Williamsburg.

23 Q.   Did you have a title?

24 A.   I don't think so, no.

1    Q.    And who appointed you to assist Ms. Karowski?

2    A.    She did.

3    Q.    What did your duties consist of when you

4          assisted her?

5    A.    Helped process bills.

6    Q.    Where did you work?

7    A.    At her home, at my home.

8    Q.    And Town Treasurer didn't have an office in

9          town offices at that time?

10   A.    I don't believe she did, no.

11   Q.    I'm sorry, what year was that again?

12   A.    It was prior to, prior to 2003, I don't

13         remember the exact year.

14   Q.    What conversations did you have with Ms.

15         Karowski during that period in which she

16         criticized the Select Board?

17                ATTY. PELLETIER:  Objection.  Go

18         ahead.

19   A.    Are you wanting specifics or --

20   Q.    I'm wanting your best memory.

21   A.    My best memory is almost every time I worked

22         with her she had a criticism of the Select

23         Board of some nature.

24   Q.    Can you tell me what some of those criticisms

41

1      were?

2  A.  Regarding police, regarding budgets, regarding

3      other town employees, their handling of.

4  Q.  Do you remember who the members of the Board

5      of Selectmen were at the time that you were

6      assisting Ms. Karowski?

7  A.  I believe it was the same three.

8  Q.  Cerreta, Morris and Haskell?

9  A.  I'm not sure because it goes back aways.  I

10     know it was Chris Morris that was on there, I

11     think Eric was on there as well, I'm not sure

12     about the third one, whether it was David

13     Haskell or whether it was somebody else.

14 Q.  Did you report Ms. Karowski's statements to

15     any member of the Select Board at that time?

16 A.  I might have mentioned some of them, yes.

17 Q.  Do you recall to whom you mentioned them?

18 A.  Chris and Eric.

19 Q.  Do you remember what you said to either Mr.

20     Morris or Mr. Cerreta?

21 A.  Not specifically.

22 Q.  What's your best memory?

23 A.  It was a constant tirade, I mean I can't

24     remember specifics, it was just if it wasn't

42

1          the way she thought, then it was complained

2          about.

3    Q.    Did you regard her complaints at that time as

4          unprofessional?

5    A.    Unprofessional and tiresome, annoying.

6    Q.    Did you tell her that?

7    A.    No.

8    Q.    Why didn't you?

9    A.    She was my boss.

10   Q.    Did you ask any of the Selectmen to approach

11         her?

12   A.    No.

13   Q.    Did you quit?

14   A.    No, she let me go, I stopped showing up or

15         made excuses not to go there.

16   Q.    And when did she let you go?

17   A.    I can't remember, I'm going to say it was

18         before 2003.

19   Q.    After you left town employment, did you

20         collect unemployment insurance?

21   A.    From that job?

22   Q.    Yes.

23   A.    No.

24   Q.    Did you complain to or did you talk to any of

43

1       the Selectmen about being let go by the

2       Treasurer?

3  A.    I don't remember, I was not unhappy to be let

4       go, I felt relieved.

5  Q.    Did you ever tell Mr. Cerreta that Ms.

6       Karowski's criticism of the Board of Selectmen

7       was routine?

8  A.    Routine?

9  Q.    Do you recall using that word?

10  A.    I don't remember.

11  Q.    And I take it you don't recall using the word

12       "relentless", is that correct?

13  A.    I don't remember.

14  Q.    Did you ever indicate to any of the Selectmen

15       that Ms. Karowski was hostile towards any of

16       them, towards the members of the Board of

17       Selectmen?

18  A.    A lot of the comments struck me as hostile,

19       yes, I don't know if I used that word to them

20       individually or specifically, but "hostile"

21       would be an accurate adjective.

22  Q.    Were any of the comments that you heard

23       directed toward any member of the Board of

24       Selectmen personally?

44

1   A.   It depends on the subject, but I remember

2        specific individuals.

3   Q.   What did she say about specific individuals?

4   A.   I can't remember specific things, but I

5        remember depending on someone's votes or

6        someone's comments.

7   Q.   She responded to those?

8   A.   Yes.

9   Q.   And do you have any memory whatsoever of the

10       subjects on which she made comments about

11       individual votes or statements?

12  A.   Budgets, Police Department business.  I

13       remember specifically the Town Office expense

14       categories the Select Board controls as far as

15       money that's spent within the Town Office,

16       employees, other town employees.

17  Q.   What did she say about other town employees?

18  A.   She wasn't happy with Bonnie Roberge who works

19       with them as their administrative assistant.

20  Q.   What did she say?

21  A.   I can't remember specifically now.

22  Q.   Do you remember the nature of the criticism?

23  A.   Didn't work very hard, lazy.

24  Q.   Did you report that to Bonnie Roberge?

1          ATTY. PELLETIER:  Objection.  Go

2     ahead.

3   A.   No.

4   Q.   Did you speak with Mr. Berkenwold about Ms.

5     Karowski's comments at any time?

6          ATTY. PELLETIER:  Objection.  Go

7     ahead.

8   A.   No, I don't talk to Mr. Berkenwold if I can

9     help it.

10  Q.   You don't like him?

11  A.   Not particularly, no.

12  Q.   Any of your disagreements with Mr. Berkenwold

13     concern Karen Karowski?

14  A.   No.

15  Q.   Did you talk with Bertel Liander about Ms.

16     Karowski?

17  A.   No.

18  Q.   Were you aware of any rules of the Police

19     Department that Ms. Karowski had broken during

20     her tenure there?

21  A.   Yes.

22  Q.   What rules were you aware that she had broken?

23  A.   Talking about Police Department business.

24  Q.   And when did that occur?

51

1    A.    I'm going to say before 2003.

2    Q.    Do you remember more specifically?

3    A.    No, it's something that I had heard from

4          several people.

5    Q.    Who did you hear it from?

6    A.    Marge Dunphy.

7    Q.    Anyone else?

8    A.    I believe one other person, but I don't

9          remember whom, I heard it from several people.

10   Q.    You don't recall the names of any of the

11         others that you heard it from?

12   A.    No, I -- no.

13   Q.    Do you recall the positions or occupations of

14         any of these individuals from whom --

15   A.    Marge Dunphy is an assessor for the town.

16   Q.    Did you hear it from anybody else in the

17         Assessor's office?

18   A.    I don't remember.

19   Q.    Did you hear it from anybody else who works

20         around the Assessor's office?

21   A.    I don't remember.

22   Q.    Have you heard it from any of the Selectmen?

23   A.    No.

24   Q.    Did you talk to any of the Selectmen about Ms.

52

1      Karowski breaking any of the rules of the

2      Police Department?

3  A.    No.

4  Q.    When Ms. Karowski was the Police Department

5      administrative secretary, did you talk to her

6      about town business at the Police Department?

7  A.    I did.

8  Q.    How often did you talk with her about town

9      business at the Police Department?

10  A.    Constantly.

11  Q.    Did you talk with her about non-town business?

12          ATTY. PELLETIER:  Objection.  Go

13      ahead.

14  A.    I'm sure I did.

15  Q.    Did you talk with her about personal business

16      when you went over to the Police Department to

17      talk with her?

18  A.    I'm sure I did.

19  Q.    Do you recall what you talked about?

20  A.    No.

21  Q.    Do you recall any specific conversation that

22      you had?

23  A.    No.

24  Q.    Do you recall the subject of any conversation

54

1        frequency of your visits to the Police

2        Department to talk with Ms. Karowski diminish?

3  A.    Yes.

4  Q.    And can you give us an estimate of the degree

5        to which those visits diminished?

6  A.    Substantially.

7  Q.    Did you ever tell the Selectmen that Ms.

8        Karowski was doing town business -- or strike

9        that -- Ms. Karowski was doing Treasurer's

10       business while she was at the Police

11       Department?

12  A.   That was common knowledge.

13  Q.   Did you ever tell any member of the Board of

14       Selectmen that?

15  A.   That it was common knowledge?

16  Q.   No, did you ever tell any member of the Board

17       of Selectmen that Ms. Karowski was doing

18       business as Town Treasurer while she was

19       working at the Police Department?

20             ATTY. PELLETIER:  Objection.  Go

21       ahead.

22  A.   I don't remember.

23  Q.   Did any of the Selectmen discuss that with

24       you?