UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:03-CV-30314-MAP

KAREN KAROWSKI,  )
    Plaintiff  )
  )
vs.  )
  )
ERIC CERRETA, DAVID HASKELL,  )
CHRISTOPHER MORRIS, and  )
THE INHABITANTS OF THE TOWN OF  )
WILLIAMSBURG,  )
    Defendants  )

## AFFIDAVIT OF DAVID HASKELL

I, David Haskell, first being duly sworn, do hereby depose and say:

1. At all times relevant to this action, I was an elected member of the Board of Selectmen for the Town of Williamsburg.

2. In my capacity as a Select Board member, I was aware of several concerns regarding the activities of the plaintiff in her position as police secretary.

3. I was present when Christopher Morris presented the original draft letter stating that the Board had decided not to reappoint the plaintiff to her yearly position as police secretary and for the discussion that ensued considering all of reasons for arriving at that decision.

4. The most troubling issue, in my opinion, was that the plaintiff had been overheard discussing details of an arrest in the Town in a public place and with non-police personnel.

5. It was the general consensus of the Select Board that the single most important reason for not reappointing the plaintiff had to do with the impropriety of her discussing confidential police information in public.

426811

Page 2 of 2

6. The Select Board was concerned about mentioning the plaintiff's discussion of this arrest in public in its July 10, 2003 letter for fear that it would lead to further disclosure of confidential information.

7. I have no personal knowledge that the plaintiff ever lost any time or pay as a consequence of our original decision not to reappoint her and that she remained in the position of police secretary until June 30, 2005 when she voluntarily resigned.

Signed under the pains and penalties of perjury this 28 day of MAY, 2006.

_____
David Haskell

426811