```
         IN THE UNITED STATES DISTRICT COURT FOR
             THE DISTRICT OF MASSACHUSETTS

                     Western Division
            Civil Action No.: 03-cv-30314-MAP

         ---------------------------------

              KAREN KAROWSKI, Plaintiff,

                           v.

      ERIC CERRATA, DAVID HASKELL, CHRISTOPHER MORRIS, and
    THE INHABITANTS OF THE TOWN OF WILLIAMSBURG, Defendants.
```

=============================================================

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

=============================================================

The plaintiff, Karen Karowski, opposes the defendants' motion for summary judgment in this matter.

The plaintiff relies upon her statement of disputed material facts, the exhibits attached to it, and the plaintiff's memorandum of law filed herewith.

Wherefore, the plaintiff respectfully asks this Honorable Court to deny the defendants' motion for summary judgment.

Dated at Northampton, May 30, 2006.

Respectfully submitted,
The Plaintiff by her Attorney

/s/ *Harry L. Miles*
Harry L. Miles, of
*Green, Miles, Lipton & Fitz-Gibbon LLP*
77 Pleasant Street, P.O. Box 210
Northampton, MA 01061
Voice:     413.586.8218
Fax:       413.584.6278
E-mail:    harrymiles@aol.com
BBO#:      345800

    I certify that I have filed this document electronically so that notice may be sent to all counsel of record today, May 30, 2006.

/s/ *Harry L. Miles*