**MARJORIE DUNPHY**
**January 13, 2005**

ORIGINAL

Page 1

1          THE UNITED STATES DISTRICT COURT FOR

2              THE DISTRICT OF MASSACHUSETTS

3                    Western Division

4             Civil Action No. 03-CV-30314-MAP

5    *******************************************

6    KAREN KAROWSKI,                              *

7                 Plaintiff                       *

8    vs.                                          *

9    ERIC CERRETA, DAVID HASKELL,                 *

10   CHRISTOPHER MORRIS, and THE                  *

11   INHABITANTS OF THE TOWN OF WILLIAMSBURG,     *

12                 Defendants                     *

13   *******************************************

14

15            DEPOSITION OF MARJORIE DUNPHY

16          Taken at the Law Offices of

17      GREEN, MILES, LIPTON, & FITZ-GIBBON

18              77 Pleasant Street

19           Northampton, Massachusetts

20              January 13, 2005

21              1:19 - 1:42 p.m.

22

23           Deborah Leonard Lovejoy

24      Registered Professional Reporter

EXHIBIT
I

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA    Worcester, MA    Boston, MA    Providence, RI    Manchester, NH

**MARJORIE DUNPHY**
**January 13, 2005**

Page 8

1      A.      No.

2         Q.      Do you know Karen Karowski?

3      A.      Yes.

4         Q.      How do you know Karen Karowski?

5      A.      She lives in the same town.  We've

6   got kids the same age.  She's employed by the

7   town.

8              (Momentary pause in proceedings)

9         Q.      (By Mr. Miles)  Where are your

10  offices in the town hall located with respect to

11  where Karen Karowski works at present?

12     A.      She's across the hall.

13        Q.      Okay.  And has that changed, again

14  since 2002?

15     A.      Yes.

16        Q.      How has it changed?

17     A.      Her office used to be in the same

18  room as mine, but divided by a half wall.

19        Q.      When did that change?

20     A.      I'm not sure.  In the last year or

21  so.

22        Q.      Is your office in the vicinity of

23  the town collector's office?

24     A.      Yes.

**MARJORIE DUNPHY**
**January 13, 2005**

Page 9

1    Q.    And who is the town collector?

2    A.    Teresa Barstow.

3    Q.    And was she the town collector in

4    2002-2003?

5    A.    Yes.

6    Q.    And where is her office in relation

7    to your office and Karen Karowski's office?

8    A.    Karen and Teresa used to share an

9    office, which would have been in the same room as

10   mine, but divided by the half wall.

11   Q.    Currently, where is Teresa Barstow's

12   office?

13   A.    She's in the same place.

14   Q.    Have you ever talked to Teresa

15   Barstow about Karen Karowski's position as police

16   secretary?

17   A.    Not that I recall.

18   Q.    And have you ever talked to Bonnie

19   Roberge about Karen Karowski's position as police

20   secretary?

21   A.    Not that I recall.

22   Q.    Did you ever talk to anyone employed

23   by the town about the manner in which Karen

24   Karowski performed her job as police secretary?

**MARJORIE DUNPHY**
**January 13, 2005**

Page 16

1   never privy to what it was; is that correct?

2          A.     That's correct.

3          Q.     And you didn't overhear anything

4   about the details of the investigation; is that

5   right?

6          A.     No.  I usually got -- went home when

7   I got to the point of being fed up.

8          Q.     Okay.  But the point is you didn't

9   receive any information specific to the

10  investigation.

11         A.     No, I didn't.

12         Q.     Okay.  Who else was discussed that

13  you thought was inappropriate?

14         A.     About police matters?

15         Q.     Yes.

16         A.     That was the one that I recall.

17         Q.     All right.  So your report to

18  Mr. Morris concerned one incident, and that was

19  Mr. Ferrante?

20                MS. PELLETIER:  Regarding police

21         matters?

22         Q.     (By Mr. Miles)  Is that correct?

23                MS. PELLETIER:  That's not what she

24         testified.

**MARJORIE DUNPHY**
**January 13, 2005**

Page 17

1        A.        Regarding police matters.

2        Q.        (By Mr. Miles)   Okay.  And what did

3    you relate to Mr. Morris with respect to

4    nonpolice matters?

5        A.        My concern was that taxpayers were

6    being discussed and references were made to

7    ongoing investigations.

8        Q.        Okay.  The ongoing --

9        A.        Ongoing investigation, singular.

10        Q.        And the discussion of taxpayers was

11    between Ms. Karowski and Ms. Barstow?

12        A.        Yes.

13        Q.        At the time did you understand that

14    Ms. Karowski was town treasurer?

15        A.        Yes.

16        Q.        And did you understand that

17    Ms. Barstow was town collector?

18        A.        Of course.

19        Q.        Did the discussions have to do with

20    matters associated with the office of the town

21    collector or the office of treasurer?

22        A.        Sometimes.

23        Q.        Were there any that did not?

24        A.        Sure.

MARJORIE DUNPHY
January 13, 2005

Page 18

```
 1        Q.      And do you have any specific
 2   recollection of any discussion --
 3        A.      No.
 4        Q.      -- that did not concern something --
 5   a matter connected to either town collector or
 6   the town treasurer?
 7        A.      Nope.
 8        Q.      Did you keep a log or record --
 9        A.      No.
10        Q.      -- of your conversations?
11             MS. PELLETIER:  You've got to wait
12        until he finishes the questions, okay?
13        A.      No, I didn't.
14        Q.      (By Mr. Miles)  Did you approach
15   either Ms. Barstow or Ms. Karowski about the
16   inappropriateness of the conversations, as you
17   perceived them?
18        A.      No.
19        Q.      Who was the first person you
20   informed about the conversations?
21        A.      Chris Morris.
22        Q.      Did Mr. Morris -- what did
23   Mr. Morris say to you when you reported this to
24   him, when you reported the conversation about
```

1

# ORIGINAL

### THE UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

WESTERN DIVISION
C.A. No. 03-CV-30314-MAP

KAREN KAROWSKI,                                              )
                    Plaintiff                                )
                                                             )
          v.                                                 )
                                                             )
ERIC CERRETA, DAVID HASKELL, CHRISTOPHER MORRIS,)
and THE INHABITANTS OF THE TOWN OF WILLIAMSBURG,)
                    Defendants                               )


   DEPOSITION OF: MICHAEL E. BEATTIE, taken before
Gail A. Trudeau, Notary Public-Stenographer,
pursuant to Rule 30 of the Massachusetts Rules of
Civil Procedure, at the offices of Green, Miles,
Lipton & Fitz-Gibbon, 77 Pleasant Street,
Northampton Massachusetts on February 1, 2006 at
9:10 a.m.


APPEARANCES:
(See Page 2.)


TRUDEAU & TRUDEAU
Court Reporters
P.O. Box 11
So. Deerfield, Mass.  01373
(413) 665-7900

**EXHIBIT**

J

1      specifically?

2   A.   No, I do not.

3   Q.   Do you remember what you observed Ms. Karowski

4        to have said?

5   A.   It's been a long time, I could not, I wouldn't

6        even venture.

7   Q.   What was the nature of the nonprofessional

8        statements that she made?

9   A.   Nonprofessional statements I made?

10  Q.   She made.

11  A.   I felt that they were derogatory.

12  Q.   Do you remember any of the statements she

13       made?

14  A.   I do not.

15  Q.   Do you remember any of the words she used?

16  A.   I do not.

17  Q.   Do you remember in what capacity she was

18       speaking?

19             ATTY. PELLETIER:   Objection.   Go

20       ahead.

21  A.   I don't know, she wears many hats.

22  Q.   Was she a member of the Finance Committee at

23       the same time that you were?

24  A.   She was.

1       Department?

2                   ATTY. PELLETIER:  Objection.  Go

3       ahead.

4   A.  That was my impression and why I made the

5       phone calls.

6   Q.  Do you recall what Ms. Karowski said about the

7       manner in which the Select Board was

8       administering the Police Department?

9                   ATTY. PELLETIER:  Objection. Go

10      ahead.

11  A.  No, not specifics.

12  Q.  Do you remember the gist of what she said?

13  A.  No.

14  Q.  Did you ever tell Mr. Cerreta that Ms.

15      Karowski relentlessly criticized the Select

16      Board's management of the Police Department?

17  A.  It was quite often, yes, I don't know if I

18      would use the word "relentless", but it was

19      quite often, sometimes she couldn't even wait

20      until they got out of the room when they were

21      in joint session with us, that I specifically

22      do remember.

23  Q.  So Ms. Karowski made some comments in front of

24      the Select Board, the members of the Select

40

1    Q.    And who appointed you to assist Ms. Karowski?

2    A.    She did.

3    Q.    What did your duties consist of when you

4          assisted her?

5    A.    Helped process bills.

6    Q.    Where did you work?

7    A.    At her home, at my home.

8    Q.    And Town Treasurer didn't have an office in

9          town offices at that time?

10   A.    I don't believe she did, no.

11   Q.    I'm sorry, what year was that again?

12   A.    It was prior to, prior to 2003, I don't

13         remember the exact year.

14   Q.    What conversations did you have with Ms.

15         Karowski during that period in which she

16         criticized the Select Board?

17                    ATTY. PELLETIER:  Objection.  Go

18         ahead.

19   A.    Are you wanting specifics or --

20   Q.    I'm wanting your best memory.

21   A.    My best memory is almost every time I worked

22         with her she had a criticism of the Select

23         Board of some nature.

24   Q.    Can you tell me what some of those criticisms

1   the Selectmen about being let go by the

2   Treasurer?

3  A.   I don't remember, I was not unhappy to be let

4       go, I felt relieved.

5  Q.   Did you ever tell Mr. Cerreta that Ms.

6       Karowski's criticism of the Board of Selectmen

7       was routine?

8  A.   Routine?

9  Q.   Do you recall using that word?

10  A.   I don't remember.

11  Q.   And I take it you don't recall using the word

12       "relentless", is that correct?

13  A.   I don't remember.

14  Q.   Did you ever indicate to any of the Selectmen

15       that Ms. Karowski was hostile towards any of

16       them, towards the members of the Board of

17       Selectmen?

18  A.   A lot of the comments struck me as hostile,

19       yes, I don't know if I used that word to them

20       individually or specifically, but "hostile"

21       would be an accurate adjective.

22  Q.   Were any of the comments that you heard

23       directed toward any member of the Board of

24       Selectmen personally?

1    A.    It depends on the subject, but I remember

2          specific individuals.

3    Q.    What did she say about specific individuals?

4    A.    I can't remember specific things, but I

5          remember depending on someone's votes or

6          someone's comments.

7    Q.    She responded to those?

8    A.    Yes.

9    Q.    And do you have any memory whatsoever of the

10         subjects on which she made comments about

11         individual votes or statements?

12   A.    Budgets, Police Department business.  I

13         remember specifically the Town Office expense

14         categories the Select Board controls as far as

15         money that's spent within the Town Office,

16         employees, other town employees.

17   Q.    What did she say about other town employees?

18   A.    She wasn't happy with Bonnie Roberge who works

19         with them as their administrative assistant.

20   Q.    What did she say?

21   A.    I can't remember specifically now.

22   Q.    Do you remember the nature of the criticism?

23   A.    Didn't work very hard, lazy.

24   Q.    Did you report that to Bonnie Roberge?

```
 1                    ATTY. PELLETIER:  Objection.  Go
 2        ahead.
 3   A.   No.
 4   Q.   Did you speak with Mr. Berkenwold about Ms.
 5        Karowski's comments at any time?
 6                    ATTY. PELLETIER:  Objection.  Go
 7        ahead.
 8   A.   No, I don't talk to Mr. Berkenwold if I can
 9        help it.
10   Q.   You don't like him?
11   A.   Not particularly, no.
12   Q.   Any of your disagreements with Mr. Berkenwold
13        concern Karen Karowski?
14   A.   No.
15   Q.   Did you talk with Bertel Liander about Ms.
16        Karowski?
17   A.   No.
18   Q.   Were you aware of any rules of the Police
19        Department that Ms. Karowski had broken during
20        her tenure there?
21   A.   Yes.
22   Q.   What rules were you aware that she had broken?
23   A.   Talking about Police Department business.
24   Q.   And when did that occur?
```

PENGAD • 1-800-631-6989 • www.pengad.com

LASER BOND FORM A

1   A.   I'm going to say before 2003.

2   Q.   Do you remember more specifically?

3   A.   No, it's something that I had heard from

4       several people.

5   Q.   Who did you hear it from?

6   A.   Marge Dunphy.

7   Q.   Anyone else?

8   A.   I believe one other person, but I don't

9       remember whom, I heard it from several people.

10   Q.   You don't recall the names of any of the

11       others that you heard it from?

12   A.   No, I -- no.

13   Q.   Do you recall the positions or occupations of

14       any of these individuals from whom --

15   A.   Marge Dunphy is an assessor for the town.

16   Q.   Did you hear it from anybody else in the

17       Assessor's office?

18   A.   I don't remember.

19   Q.   Did you hear it from anybody else who works

20       around the Assessor's office?

21   A.   I don't remember.

22   Q.   Have you heard it from any of the Selectmen?

23   A.   No.

24   Q.   Did you talk to any of the Selectmen about Ms.

52

1      Karowski breaking any of the rules of the

2      Police Department?

3   A. No.

4   Q. When Ms. Karowski was the Police Department

5      administrative secretary, did you talk to her

6      about town business at the Police Department?

7   A. I did.

8   Q. How often did you talk with her about town

9      business at the Police Department?

10  A. Constantly.

11  Q. Did you talk with her about non-town business?

12          ATTY. PELLETIER:  Objection.  Go

13      ahead.

14  A. I'm sure I did.

15  Q. Did you talk with her about personal business

16      when you went over to the Police Department to

17      talk with her?

18  A. I'm sure I did.

19  Q. Do you recall what you talked about?

20  A. No.

21  Q. Do you recall any specific conversation that

22      you had?

23  A. No.

24  Q. Do you recall the subject of any conversation

**DAVID HASKELL**
**November 22, 2004**

ORIGINAL

Page 1

1              COMMONWEALTH OF MASSACHUSETTS

2              Department of the Trial Court

3    Western Division      C.A NO.:  03-CV-30314-MAP

4

5

6    * * * * * * * * * * * * * * *

7    KAREN KAROWSKI,                    *

8              Plaintiff                *

9    v.                                 *

10   ERIC CERRETA, DAVID HASKELL,       *

11   CHRISTOPHER MORRIS, AND THE        *

12   INHABITANTS OF THE TOWN OF         *

13   WILLIAMSBURG,                      *

14             Defendants              *

15   * * * * * * * * * * * * * * *

16

17            DEPOSITION OF:  DAVID HASKELL

18            Green, Miles & Fitz-Gibbon

19                 77 Pleasant Street

20            Northampton, Massachusetts

21                 November 22, 2004

22

23            Jessica M. DeSantis

24               Court Reporter

EXHIBIT

K

DAVID HASKELL
November 22, 2004

Page 32

1    was voting inappropriately?

2            MS. PELLETIER:  Objection.  Go

3        ahead.

4            THE WITNESS:  Not directly or

5        indirectly, but it was common knowledge in

6        that room that, perhaps, she shouldn't be

7        voting on those police department

8        budgets.

9        Q.    (By Mr. Miles)  did you ever -- did

10   you or any of the other selectmen, to your

11   knowledge, ever speak to the chair of the finance

12   committee about Ms. Karowski's improper voting?

13            MS. PELLETIER:  Objection.  Go

14       ahead.

15            THE WITNESS:  I did not.

16       Q.    (By Mr. Miles)  Do you know if any

17   of the other selectmen did?

18       A.    No, sir.

19       Q.    Did you ever talk to Michael Beattie

20   about it?

21       A.    No, sir.

22       Q.    Do you know Michael Beattie?

23       A.    Yes, sir.

24       Q.    How long have you known

**DAVID HASKELL**
**November 22, 2004**

Page 73

1      question, Mr. Haskell.

2        Q.      (By Mr. Miles)   In your opinion is

3    it essential that the police secretary maintain

4    absolute confidentiality about police

5    investigations?

6        A.      Yes.

7        Q.      At any time did you have information

8    that Ms. Karowski had not maintained absolute

9    confidentiality about police investigations

10   excluding information that you may have received

11   from town counsel?

12       A.      Yes.

13       Q.      And what information did you have,

14   again, excluding any information you may have

15   received from counsel?

16       A.      The police liaison at the time

17   stated that an individual had come to him with

18   the concern that Ms. Karowski had -- was

19   discussing --

20              MS. PELLETIER:  Excuse me one

21        second.   I want to make sure you do not

22        identify the individual, the names of any

23        individuals, that were under police

24        investigation.

**ERIC CERRETA**
**November 18, 2004**

**ORIGINAL**

Page 1

```
 1              COMMONWEALTH OF MASSACHUSETTS

 2              Department of the Trial Court

 3    Western Division      C.A NO.:  03-CV-30314-MAP

 4

 5

 6    * * * * * * * * * * * * * * * *

 7    KAREN KAROWSKI,                    *

 8              Plaintiff              *

 9    v.                                *

10    ERIC CERRETA, DAVID HASKELL,      *

11    CHRISTOPHER MORRIS, AND THE       *

12    INHABITANTS OF THE TOWN OF        *

13    WILLIAMSBURG,                     *

14              Defendants             *

15    * * * * * * * * * * * * * * * *

16

17         DEPOSITION OF:  ERIC CERRETA

18         Green, Miles & Fitz-Gibbon

19              77 Pleasant Street

20         Northampton, Massachusetts

21              November 18, 2004

22

23         Jessica M. DeSantis

24              Court Reporter
```

EXHIBIT

L

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA   Worcester, MA   Boston, MA   Providence, RI   Manchester, NH

**ERIC CERRETA**
**November 18, 2004**

Page 77

1    front of her.

2           Q.      And who told you that?

3           A.      One of the officers.

4           Q.      Which one?

5           A.      Officer Chapman.

6           Q.      Is he still an officer?

7           A.      He has until the end of the month.

8           Q.      And is he being terminated?

9                   MS. PELLETIER:  Objection.  Go

10    ahead.

11           THE W                      ed.

12           Q.      (By M              resign under

13    pressure?

14           A.      I don't know.

15           Q.      What was the reason for his

16    resignation?

17           A.      I don't know.

18           Q.      Do you know where he is going?

19           A.      It was a part-time job.

20           Q.      Okay.  Do you know if he was asked

21    to resign?

22           A.      I don't know.

23           Q.      Who is the current police liaison?

24           A.      David Haskell.

**ERIC CERRETA**
**November 18, 2004**

Page 85

1    Mr. Haskell saying that during the budget process

2    she, meaning Ms. Karowski, was certainly less

3    than enthusiastic about how we were handling the

4    budgets that were under our control, unquote?

5         A.    I don't remember him saying that.

6    He may have.

7         Q.    Do you recall Mr. Morris saying that

8    there was a possible conflict of interest between

9    Ms. Karowski's role of police secretary, town

10   treasurer, and Finance Committee member?

11        A.    It could have come up in

12   conversations.

13        Q.    Do you ʒ            ɪting Ms.

14   Karowski with that pᴇ    *P38*

15        A.    I never

16        Q.    Did the                n make any

17   inquiry of the State Ethics Commission regarding

18   that as a conflict?

19        A.    I don't think we ever did.

20        Q.    Okay.  Do you recall Mr. Morris

21   saying, quote, I have concerns about how vocal

22   she's been when we're acting as police

23   commissioners, unquote?

24        A.    I don't recall the details of what

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA   Worcester, MA   Boston, MA   Providence, RI   Manchester, NH

**ERIC CERRETA**
**November 18, 2004**

Page 110

1        Q.      (By Mr. Miles)  With respect to

2    subparagraph two before November 3rd, 2003, were

3    you aware of any specific action by Ms. Karowski

4    that violated the provisions of General Laws

5    chapter 260 8A?

6                MS. PELLETIER:  Objection.  Go

7          ahead.

8                THE WITNESS:  Me go ahead?

9                MS. PELLETIER:  Yup.

10               THE WITNESS:

11         don't.

12       Q.      (By Mr. Miles                    or

13   any other member of the Bo

14   contacted the State Ethics Commission before

15   November 3rd, 2003, with respect to any specific

16   action that Ms. Karowski had committed?

17               MS. PELLETIER:  Again, I believe

18         you've already asked these questions

19         previously, but go ahead.

20               MR. MILES:  With respect to July 10,

21         but now I'm up 2003.  November 3rd.

22               THE WITNESS:  I didn't call.

23       Q.      (By Mr. Miles)  And do you know if

24   anybody else did?

ERIC CERRETA
November 18, 2004

Page 112

1      police department?

2                  MS. PELLETIER:  Objection.  Go

3          ahead.

4                  THE WITNESS:  I believe virtually

5          all of them were.  She referred to "we,"

6          when she was discussing the police

7          department.  "We" want to do this.  "We"

8          want to do that.  So when she used the word

9          "we," I assumed she was speaking for the

10         police department.

11         Q.      (By Mr. Miles)

12     public meetings did you eve      $\cancel{P}$ 39

13     that?

14         A.      I don't believ

15         Q.      Okay.  Did any of the other

16     selectmen?

17         A.      I think Rabbit might have at some

18     point.  Mr. Haskell.  I don't remember

19     specifically.

20         Q.      Did you -- do you recall anybody

21     raising a point of personal privilege or point of

22     order when she said "we" want to do this or "we"

23     want to do that?

24         A.      I don't recall it.

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA   Worcester, MA   Boston, MA   Providence, RI   Manchester, NH

**ERIC CERRETA**
**November 18, 2004**

Page 113

1    Q.    Do you know if she was speaking as a

2    member of the Finance Committee?

3              MS. PELLETIER:  Objection.  Go

4         ahead.

5              THE WITNESS:  I don't know who she

6         was speaking as.

7    Q.    (By Mr. Miles)  Do you remember at

8    town meetings -- I'm sorry -- annual town

9    meetings.  Isn't it the practice of the moderator

10   to call spokesperson from diff

11   to speak?

12   A.    Yes, at times it'

13   Q.    Okay.  And when tl

14   called they are called as members of the

15   particular committees on which they sit?

16   A.    Yes.

17   Q.    Okay.  And do you recall Ms.

18   Karowski being called to speak as a member of the

19   Finance Committee at any town meeting in 2001,

20   2002 or 2003?

21             MS. PELLETIER:  Objection.  Go

22        ahead.

23             THE WITNESS:  I believe she probably

24        spoke at several meetings as Finance

**ERIC CERRETA**
**November 18, 2004**

Page 114

1      Committee member.

2          Q.     (By Mr. Miles)  And during any of

3      those occasions did she address police department

4      matters?

5          A.     I don't recall that she did.

6          Q.     Okay.  And then do you recall her

7      speaking as a private citizen?

8              MS. PELLETIER:  Objection.  I don't

9          understand that ques

10             THE WITNESS:                        swer

11         it.  I don't know wh

12         as.

13         Q.     (By Mr. Miles)  Okay.  Do you recall

14     her ever being called to the microphone as a

15     spokesperson for the police department?

16         A.     Not at a town meeting I don't

17     recall.

18         Q.     Do you recall that happened at any

19     public meeting?

20             MS. PELLETIER:  Just that someone

21         called her to the microphone to speak on

22         behalf of the police department?

23             MR. MILES:  Yes.

24             MS. PELLETIER:  Go ahead.