**TABLE OF REFERENCES**

| Exhibit | Document | Page References |
|---|---|---|
| A | Verified Complaint and Exhibit dated 12/29/03 | pp. 2, 3 |
| B | Evaluations by Chief Archbald | pp. 2, 10, 16, 19, 21, 22, 32 |
| C | Deposition of Karen Karowski taken on 2/1/05 | pp. 4, 5, 6, 7, 9, 11, 13, 14, 21, 22, 26, 27, 29, 41, 42, 44 |
| D | Affidavit of Peter Mahieu dated 5/26/06 | pp. 4, 10, 41 |
| E | Affidavit of Maxine G. Schmidt dated 5/25/06 | pp. 6, 14, 21 |
| F | Deposition of Patrick Archbald taken on 11/19/04 | pp. 6, 8, 9, 10, 11, 16, 17, 18, 19, 23, 34, 35, 36 |
| G | Deposition of Christopher Morris taken on 11/19/04 | pp. 13, 29, 30, 31, 32, 36 |
| H | Plaintiff's Affidavit in Opposition of Defendants' Motion for Summary Judgment | pp. 13 |
| I | Deposition of Marjorie Dunphy taken on 1/13/05 | pp. 13, 14, 15 |
| J | Deposition of Michael E. Beattie taken on 2/1/06 | pp. 27, 40, 41, 43, 44, 45 |
| K | Deposition of David Haskell taken on 11/22/04 | pp. 33, 34 |
| L | Deposition of Eric Cerreta taken on 11/18/04 | pp. 37, 38, 39 |