```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
```

KAREN KAROWSKI,            )
Plaintiff                  )
                           )
            v.             )  CIVIL ACTION NO. 03-30314-MAP
                           )
ERIC CERRETA, ET AL.,      )
Defendants                 )

## ORDER

July 6, 2006

**PONSOR, D.J.**

Argument on Defendants' Motion for Summary Judgment was recently continued from July 6, 2006 to September 18, 2006 at 2:00 p.m.

The Supreme Court has recently decided the case of <u>Garcetti v. Ceballos</u>, 126 S. Ct. 1951 (2006). To the extent that this decision has any impact on the issues raised by the motion for summary judgment, counsel are ordered to file supplemental memoranda, of no more than eight pages, commenting on the application of this decision, no later than August 7, 2006.

It is So Ordered.

                              /s/ Michael A. Ponsor
                              MICHAEL A. PONSOR
                              United States District Judge