UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


KAREN KAROWSKI,
        Plaintiff(s)


        v.        CV/CR Number: 03-30314-MAP


ERIC CERRETA, ET AL,
        Defendant(s)


## ORDER TO SHOW CAUSE

PONSOR, D.J.

    On MARCH 16, 2006, the Clerk's Office notified Attorney BENJAMIN BARNES of the requirement that all attorneys practicing in the Western Division register with the CM/ECF system in order to receive electronic notice from this Court.

    On JULY 6, 2006, another order or notice was issued by the Clerk's Office in paper form.

XX    Attorney BENJAMIN BARNES is ordered to show cause in writing on or before the close of business on AUGUST 11, 2006, why sanctions should not be imposed for failure to comply with the Court's Standing Order.

☐    Attorney _____ is ordered to appear on _____ at _____ to show cause why sanctions should not be imposed for failure to comply with the Court's Standing Order.


        /s/Michael A. Ponsor
        United States District Judge
        August 3, 2006