UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:03-CV-30314-MAP

KAREN KAROWSKI,  )
    Plaintiff  )
  )
vs.  )
  )
ERIC CERRETA, DAVID HASKELL,  )
CHRISTOPHER MORRIS, and THE  )
INHABITANTS OF THE TOWN OF  )
WILLIAMSBURG,  )
    Defendants  )

## NOTICE OF COMPLIANCE

Pursuant to the Court's ORDER TO SHOW CAUSE of August 3, 2006, the undersigned has registered with the CM/ECF system in order to receive electronic notices from this Court. A copy of the CM/ECRF ATTORNEY REGISTRATION INFORMATION form is attached hereto.

Respectfully submitted,

Date: August 9, 2006

Benjamin A. Barnes (BBO #542432)
Benjamin A. Barnes, P.C.
64 Gothic Street, Suite 6
Northampton, MA 01060-3042
Telephone: 413 584-0368
Facsimile: 413 585-5125
Email: BAB@BarnesLaw.com

BENJAMIN A. BARNES, P.C.
GOTHIC STREET, SUITE 6
NORTHAMPTON, MA
01060-3042
(413) 584-0368
FAX: (413) 585-5125
www.BarnesLaw.com

# CM/ECF Attorney Registration Information Successfully Submitted!

Thank you for submitting your registration information online. Your information will be reviewed and added to our database. Please print a copy of this screen for your records.

Attorney Registration Submission:

| | |
|---|---|
| Date: | Wednesday, August 09, 2006, 11:37:47 A.M. |
| Name: * | Benjamin A. Barnes |
| BBO #: | 542432 |
| Firm: | Benjamin A. Barnes, P.C. |
| Building/Suite: | Suite 6 |
| Address:* | 64 Gothic Street |
| City, State Zip+4:* | Northampton, MA 01060-3042 |
| Phone #:* | (413)584-0368 |
| Fax #: | (413)585-5125 |
| Email Address:* | bab@barneslaw.com |
| Court Registered at:* | US District Court |
| USDC Admit Date: | |
| Government Attorney: | |
| Pro Hac Date: | |
| Pro Hac Case #: | |
| MDL Case #: | |
| Terms Accepted:* | Yes |

United States District Court For The District Of Massachusetts

Return To Main Menu