```
              THE UNITED STATES DISTRICT COURT FOR
                 THE DISTRICT OF MASSACHUSETTS

                          Western Division
                 Civil Action No. 3:05-cv-30314-MAP

        ------------------------------------

                    KAREN KAROWSKI, Plaintiff,

                                v.

                 ERIC CERRETA, et alii, Defendants.

        ====================================

        PLAINTIFF'S MOTION TO CONTINUE HEARING ON DEFENDANTS'
                   MOTION FOR SUMMARY JUDGMENT

                       (Filed Electronically)
                          (ASSENTED TO)

    ========================================================
```

The Plaintiff, Karen Karowski, respectfully moves this Honorable Court to continue the hearing on the Defendants' Motion for Summary Judgment from Monday, September 18, 2006 at 2:00 PM to a date in October, 2006.

As grounds for this motion, counsel represents to the Court that he is being held for trial in the matter of Coyne v. United States, docket no. 1:01-cv-1170-NG, now pending before the United States District Court, Gertner, J., in Boston, to begin September 18, 2006, and expected to continue to Thursday, September 21, 2006. He is also held for trial before the Superior Court, Franklin Division, McDonald, J., in the matter of Prebis, et alii v. Poritz,

Civil Action No. 2002-0104, beginning September 26, 2006, and expected to last through September 28, 2006.

Counsel for the defendants has represented that she is unavailable until October.

Counsel for the defendants has assented to this motion.

Dated at Northampton, September 8, 2006.

Respectfully submitted,
The Plaintiff by Her Attorney
/s/*Harry L. Miles*
Harry L. Miles, of
*Green, Miles, Lipton & Fitz-Gibbon LLP*
77 Pleasant Street, P.O. Box 210
Northampton, MA 01061-0210
Voice:    413.586.8218; Fax:  413.584.6278
BBO#:     345800