UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:03-CV-30314-MAP

| | |
|---|---|
| KAREN KAROWSKI,<br>    Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| ERIC CERRETA, DAVID HASKELL,<br>CHRISTOPHER MORRIS, and THE<br>INHABITANTS OF THE TOWN OF<br>WILLIAMSBURG,<br>    Defendants | )<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my withdrawal of appearance on behalf of the defendants, ERIC CERRETA, DAVID HASKELL, CHRISTOPHER MORRIS, and THE TOWN OF WILLIAMSBURG, in the above-captioned case.

THE DEFENDANTS,
ERIC CERRETA, DAVID HASKELL,
CHRISTOPHER MORRIS, AND
THE TOWN OF WILLIAMSBURG,

By   */s/ Dorothy Varon*
Dorothy Varon, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.:  629609

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 29th day of September, 2006.

*/s/ Dorothy Varon*
Dorothy Varon, Esq.

459482