UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:03-CV-30314-MAP

| | |
|---|---|
| KAREN KAROWSKI,<br>    Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| ERIC CERRETA, DAVID HASKELL,<br>CHRISTOPHER MORRIS, and THE<br>INHABITANTS OF THE TOWN OF<br>WILLIAMSBURG,<br>    Defendants | )<br>)<br>)<br>)<br>) |

## ASSENTED TO MOTION TO CONTINUE

NOW COME the defendants and hereby request this Court that hearing on the Motion for Summary Judgment in this matter, currently scheduled for October 13, 2006, be continued to October 17, 2006 at 3:00 p.m., or sometime after such date that the Court deems appropriate.

As grounds therefore, the defendants state that the counsel has a prepaid vacation which renders her unavailable on said date.

WHEREFORE, based upon the foregoing, the parties respectfully request that the hearing on the motion for Summary Judgment be rescheduled as set forth herein above.

| | |
|---|---|
| THE PLAINTIFF,<br>KAREN KAROWSKI | THE DEFENDANTS,<br>ERIC CERRETA, DAVID HASKELL,<br>CHRISTOPHER MORRIS, AND THE<br>TOWN OF WILLIAMSBURG |
| By  */s/ Harry L. Miles*<br>Harry L. Miles, Esq.<br>Green, Miles, Lipton & Fitz-Gibbon | By  */s/ Nancy Frankel Pelletier*<br>Nancy Frankel Pelletier, Esq., of<br>Robinson Donovan, P.C. |

460987

| | |
|---|---|
| 77 Pleasant Street | 1500 Main Street, Suite 1600 |
| P.O. Box 210 | Springfield, Massachusetts 01115 |
| Northampton, MA 01061-0210 | Phone (413) 732-2301  Fax (413) 785-4658 |
| | BBO No.:  544402 |

460987

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 2nd day of October, 2006.

                                                          */s/ Nancy Frankel Pelletier*
                                                          Nancy Frankel Pelletier, Esq.

460987