```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS


KAREN KAROWSKI,              )
Plaintiff                    )
                             )
              v.             ) CIVIL ACTION NO. 03-30314-MAP
                             )
ERIC CERRETA, ET AL.,        )
Defendants                   )
```

### FINAL PRETRIAL ORDER

### November 22, 2006

PONSOR, D.J.

The court has today formally denied Defendants' Motion for Summary Judgment. Based on counsel's representations following argument, the court orders as follows:

    1. On or before December 22, 2006, counsel will file a final pretrial memorandum in accordance with the attached order.

    2. Also by December 22, 2006, counsel will file all motions <u>in</u> <u>limine</u>. Opposition to the motions will be filed by January 19, 2007.

    3. Trial in this matter will commence on February 12, 2007 at 10:00 a.m. Counsel will appear that day at 9:00 a.m. for a brief conference prior to commencement of jury selection. The trial will proceed thereafter from 9:00 a.m. to 1:00 p.m.

    4. Proposed <u>voir</u> <u>dire</u> questions and proposed jury instructions will be filed no later than February 5, 2007.

    It is So Ordered.

```
                    /s/ Michael A. Ponsor
                    MICHAEL A. PONSOR
                    United States District Judge
```