UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:03-CV-30314-MAP

| | |
|---|---|
| KAREN KAROWSKI,       Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| ERIC CERRETA, DAVID HASKELL, CHRISTOPHER MORRIS, and THE INHABITANTS OF THE TOWN OF WILLIAMSBURG,       Defendants | )<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION FOR EXTENSION OF TIME WITHIN WHICH
TO FILE PRE-TRIAL CONFERENCE MEMORANDUM**

NOW COME the parties and respectfully move this Court for a one week extension of time, up to and including December 29, 2006, within which to file their respective Pre-Trial Memorandum and further comply with this Court's recent order. As grounds therefor and in support thereof, the parties state that they were provided with a relatively brief window after the Court's ruling on the Motion for Summary Judgment and their respective schedules, particularly in the face of year end, are such that an additional week will be required to complete the tasks articulated by the Court. As further grounds and in further support, the parties state that they have continued discussions regarding potential resolution of this matter.

WHEREFORE, based upon the foregoing, the parties respectfully request an extension up to and including December 29, 2006 to comply with this Court's prior order requiring the

466643

filing of certain documents by December 22, 2006.

| THE PLAINTIFF<br>KAREN KAROWSKI | THE DEFENDANT<br>THE TOWN OF WILLIAMSBURG |
|---|---|
| By  */s/ Harry L. Miles*<br>Harry L. Miles, Esq., of<br>Green, Miles, Lipton, White & Fitz-Gibbon<br>77 Pleasant Street, P.O. Box 210<br>Northampton, Massachusetts 01061-0210<br>Phone (413) 586-8218  Fax (413) 584-6278<br>BBO No.: | By  */s/ Nancy Frankel Pelletier*<br>Nancy Frankel Pelletier, Esq., of<br>Robinson Donovan, P.C.<br>1500 Main Street, Suite 1600<br>Springfield, Massachusetts 01115<br>Phone (413) 732-2301 Fax (413) 785-4658<br>BBO No.: 544402 |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 18th day of December, 2006.

  */s/ Nancy Frankel Pelletier*
  Nancy Frankel Pelletier, Esq.

466643