UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KAREN KAROWSKI

       V.                                                           CA NO 03-30314-MAP

ERIC CERRETA

SETTLEMENT ORDER OF DISMISSAL

The Court, having been advised by counsel for the parties that the above-entitled action has been settled,

IT IS HEREBY ORDERED that this action is DISMISSED without costs and without prejudice to the right, upon good cause shown within SIXTY (60) DAYS to reopen the action if settlement is not consummated by the parties.

DATED   JANUARY 31, 2007

                                                 SARA THORNTON
                                                 CLERK

                                                 /s/Elizabeth A. French
                                                 BY: _____
                                                 Elizabeth A. French
                                                 Deputy Clerk